IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Global Home Products LLC, et al. | : Case No. 06-10340 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| Regal Ware, Inc. | : |
| Appellant. | : |
| Global Home Products LLC, et al., | : |
| | : **Related Docket Nos. 673 and 755** |
| Appellees. | : |

**JOINDER IN APPELLEES' OBJECTION TO
APPELLANT'S DESIGNATION OF ISSUES ON APPEAL AND APPELLEE
DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION
IN RECORD OF APPEAL**

Appellee, the Official Committee of Unsecured Creditors of Global Home Products, LLC, *et al.*, the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its counsel, joins Debtors in their *Appellees' Objection to Appellant's Designation of Issues on Appeal* (Docket No. 776) and *Appellee Designation of Additional Items for Inclusion in Record of Appeal* (Docket No. 775) filed on September 18, 2006

Dated: September 18, 2006
       Wilmington, DE

_____
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

LOWENSTEIN SANDLER PC
Kenneth A. Rosen
Bruce Buechler
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Attorneys for the Official Committee of Unsecured Creditors*