IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - X
REGAL WARE, INC.,              :
                               :
            Appellant,         :
                               :
    v.                         :   Case No. TBD
                               :
SEB S.A., et al.,              :
                               :
            Appellees.         :
                               :
                               :
- - - - - - - - - - - - - - - X
In re:                         :
                               :   Chapter 11
GLOBAL HOME PRODUCTS LLC,      :
et al.,                        :   Case No. 06-10340 (KG)
                               :   Jointly Administered
            Debtors.           :
- - - - - - - - - - - - - - - X
```

**JOINDER OF SEB S.A. AND GROUPE SEB USA TO APPELLEES'
OBJECTION TO APPELLANT'S DESIGNATION OF ISSUES ON APPEAL**

SEB S.A. and Groupe SEB USA (collectively, the "Purchaser"), the purchasers of certain assets of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by their undersigned attorneys, hereby join the Appellees' Objection to Appellant's Designation of Issues on Appeal (Docket No. 776) (the "Objection"), filed by the Debtors. The Purchaser agrees with the legal arguments and assertions set forth in the Objection and hereby joins the Objection.

The Purchaser reserves the right to present additional arguments at any hearing on the Objection.

WHEREFORE, for the reasons set forth in the Objection, the Purchaser respectfully requests that the Court (i) sustain the Objection, (ii) find that the only issue on appeal is whether the bankruptcy court correctly concluded that, as a legal matter, the exclusive sublicense agreement could be assumed and assigned to the Purchaser, and (iii) grant such further relief as is just and proper.

Dated:   Wilmington, Delaware
         September 18, 2006

*/s/ Matthew P. Ward*
_____
Gregg M. Galardi (I.D. No. 2991)
Matthew P. Ward (I.D. No. 4471)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Attorneys for SEB S.A. and
Groupe SEB USA

469569.01-Wilmington Server 1A - MSW