IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Global Home Products LLC, et al.,[1] | Case No. 06-10340 (KG)<br>(Jointly Administered) |
| Debtors. | |
| Regal Ware, Inc., <br><br>                Appellant, <br><br>v. <br><br>Global Home Products LLC, et al., <br><br>                Appellees. | **Related Docket Nos. 673 and 755** |

## APPELLEES' COUNTERDESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Dated: September 18, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel to Debtors, Global Home Products LLC, et al.

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

31604-001\DOCS_DE:121445.1

The above-captioned debtors and debtors-in-possession are the appellees (the "Debtors" or the "Appellees") in the above-captioned appeal (the "Appeal"). In accordance with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and, notwithstanding the Appellant's failure to timely submit a designation of record on appeal pursuant to Bankruptcy Rule 8006,[2] the Appellees hereby submit their counterdesignation of the record on appeal with respect to the Appellant's appeal from that final *Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale by the WearEver Debtors of Substantially All of WearEver Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b)(f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* (the "Sale Order"). The Appellant appeals the Sale Order solely with respect to the assumption and assignment of that certain exclusive *Trademark Sublicense Agreement* between Newell Operating Company and Mirro Operating Company LLC (the "Sublicense Agreement"), to Group SEB USA ("SEB"). The Sale Order was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on August 14, 2006.

**The Appeal Is Moot**

The Appellees believe that the Appeal is statutorily moot because the sale of the assets that were the subject to the Sale Order (the "Property"), which included effecting, the

---

[2] Bankruptcy Rule 8006 states, in relevant part:

> [W]ithin 10 days after filing the notice of appeal as provided by Rule 8001(a), entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file with the clerk and serve on appellee a designation of the items to be included in the record of appeal and a statement of the issues to be presented.

Fed. R. Bankr. P. 8006.

The Debtors reserve any and all rights to seek dismissal of the Appeal on this ground and for any other appropriate ground(s).

assignment to SEB of the Sublicense Agreement, closed on August 17, 2006, two days after the Bankruptcy Court denied Regal's motion for a stay of the Sale Order with respect to the assignment of the Sublicense Agreement.[3] Because the Bankruptcy Court found that the sale of the Property to SEB was in good faith pursuant to 11 U.S.C. § 363(m) and such order was not stayed pending the Appeal,[4] even if this Court were to reverse the Bankruptcy Court's approval of the Sale Order with respect to the assumption and assignment of the Sublicense Agreement, such reversal would not affect the validity of the sale of the Sublicense Agreement to SEB. Therefore, Regal's appeal of the Sale Order is moot.

Even if the Appeal were not moot, the Appellees submit that the Bankruptcy Court correctly concluded, as a matter of law, that the Sublicense Agreement could be assumed and assigned to SEB over Appellant's objection pursuant to 11 U.S.C. § 365.

**Counterdesignation of Additional Items of Record on Appeal**

The Debtors designate the following additional items in the instant appeal as they appear on the Bankruptcy Court docket, including all exhibits, attachments, and other papers included in each docket entry.

| **Designation No.** | **Date** | **Bankruptcy Court Docket No.** | **Title** |
|---|---|---|---|
| 1 | 07/10/2006 | **520** | Affidavit/Declaration of Service *re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver* |

---

[3] In addition, on August 17, 2006, this Court issued a memorandum order denying Regal's motion for a stay pending appeal of the Sale Order.

[4] 11 U.S.C. § 363(m) provides that "[t]he reversal or modification on appeal of an authorization under subsection (b) or (c) of this section of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchased or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed pending appeal. *See* Sale Order, at page 7 ¶ T, ("The Buyer is acting as a good faith purchaser as that term is used in the Bankruptcy Code, and is, accordingly, entitled to the protections set forth in Section 363(m) of the Bankruptcy Code").

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| | | | Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief (related document(s) 511 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |
| 2 | 7/10/2006 | 521 | Affidavit/Declaration of Service re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief (related document(s) 512 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |
| 3 | 7/10/2006 | 523 | Affidavit/Declaration of Service re: [Signed] Order Fixing Hearing And Shortening Notice On The Debtors' Motion To Fix Hearing Date On And Shorten Time To Object Or Respond To Motion Of The Debtors For An Order (I)(A) Approving Sale Procedures And Overbid Protections In Connection With Sale Of Substantially All Of The Operating Assets Owned By The Wearever Debtors; (B) Scheduling An Auction And Hearing To |

| **Designation No.** | **Date** | **Bankruptcy Court Docket No.** | **Title** |
|---|---|---|---|
| | | | *Consider Approval Of The Sale; (C) Approving Notice Of Respective Dates, Times And Places For Auction And For Hearing On Approval Of (i) Sale And (ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) Approving Forms Of Notice; (II) Approving Inventory Advance Provisions And Granting Security Interests And Superpriority Claim; And (III) Granting Related Relief* (related document(s)515 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |
| 4 | 07/11/2006 | **525** | Motion to Amend *Notice of Supplement to Motion and Supplement to Motion of the Debtors for an Order (I)(A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned By the Wearever Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief* (related document(s)511 ) Filed by Global Home Products LLC Hearing scheduled for 7/12/2006 at 04:00 PM at US District Court, 844 King St., Courtroom #2B, Wilmington, Delaware. Objections due by 7/11/2006.. (Grohsgal, Bruce) (Entered: 07/11/2006) |
| 5 | 07/11/2006 | **527** | Affidavit/Declaration of Service *re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on* |

| **Designation No.** | **Date** | **Bankruptcy Court Docket No.** | **Title** |
|---|---|---|---|
| | | | *Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Grantin* (related document(s)511 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |
| 6 | 07/11/2006 | 528 | Affidavit/Declaration of Service *re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Grantin* (related document(s)511 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |
| 7 | 07/11/2006 | 529 | Affidavit/Declaration of Service *re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief* (related document(s)512 ) Filed by Global Home |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| | | | Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |
| 8 | 07/11/2006 | 530 | Affidavit/Declaration of Service *re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief* (related document(s)512 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |
| 9 | 07/11/2006 | 531 | Affidavit/Declaration of Service *re: Order Fixing Hearing And Shortening Notice On The Debtors' Motion To Fix Hearing Date On And Shorten Time To Object Or Respond To Motion Of The Debtors For An Order (I)(A) Approving Sale Procedures And Overbid Protections In Connection With Sale Of Substantially All Of The Operating Assets Owned By The Wearever Debtors; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; (C) Approving Notice Of Respective Dates, Times And Places For Auction And For Hearing On Approval Of (i) Sale And (ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) Approving Forms Of Notice; (II) Approving Inventory Advance Provisions And Granting Security Interests And Superpriority Claim; And (III) Granting Related Relief* (related document(s)515 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| 10 | 07/12/2006 | 544 | **Minutes of Hearing held on: 07/12/2006 Subject:** Sale Motion. (vCal Hearing ID (26255)). (related document(s) 536) (SS, ) (Entered: 07/13/2006) |
| 11 | 07/14/2006 | 545 | Certification of Counsel *Regarding Revised Proposed WearEver Sale Procedures Order* (related document(s)525, 511 ) Filed by Global Home Products LLC. (Attachments: # 1 Proposed Form of Order (Clean)# 2 Proposed Form of Order (Blackline)) (Grohsgal, Bruce) (Entered: 07/14/2006) |
| 12 | 07/14/2006 | 551 | Affidavit/Declaration of Service *re [Signed] Order (I)(A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned By the Wearever Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief* (related document(s)547 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/14/2006) |
| 13 | 07/18/2006 | 554 | Affidavit/Declaration of Service *re Notice of Filing of First Amendment to Agreement with Lifetime Brands, Inc.* (related document(s)548 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/18/2006) |
| 14 | 07/18/2006 | 555 | Affidavit/Declaration of Service *re Motion of the Debtors for an Order: (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related* |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| | | | *Relief* (related document(s)549 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/18/2006) |
| 15 | 07/25/2006 | **584** | Exhibit *Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (WearEver Sale)* (related document(s)547 ) Filed by Global Home Products LLC. (Attachments: # 1 Exhibit A) (Selzer, Sandra) (Entered: 07/25/2006) |
| 16 | 07/26/2006 | **587** | Affidavit/Declaration of Service *re Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (WearEver Sale)* (related document(s)584 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/26/2006) |
| 17 | 07/26/2006 | **588** | Affidavit/Declaration of Service *re (Customized) Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned* (related document(s)525, 511, 549 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/26/2006) |
| 18 | 07/26/2006 | **589** | Affidavit/Declaration of Service *re: Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement* (related document(s)584 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 07/26/2006) |
| 19 | 07/27/2006 | **592** | Affidavit/Declaration of Service *(Corrected) re Affidavit of Service for Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement* (related document(s)589 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |
| 20 | 07/27/2006 | **593** | Affidavit/Declaration of Service *re Notice of Filing of Corrected Schedule of Executory* |

| **Designation No.** | **Date** | **Bankruptcy Court Docket No.** | **Title** |
|---|---|---|---|
| | | | *Contracts and Unexpired Leasese That May be Assumed or Assigned Under the Agreement or Any Competing Agreement* (related document(s)590 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |
| 21 | 07/27/2006 | <u>594</u> | Affidavit/Declaration of Service *re (Customized) Notice of Correction to Exhibit A Attached to the Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned* (related document(s)588, 525, 511, 549 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |
| 22 | 08/06/2006 | <u>628</u> | Notice of Deposition *Pursuant to Federal Rule of Civil Procedure 30(B)(6) and Demand for Production of Documents Pursuant to Rule 34 of The Federal Rules of Civil Procedure* Filed by Global Home Products LLC. (Attachments: # 1 Certificate of Service with service list) (Grohsgal, Bruce) (Entered: 08/06/2006) |
| 23 | 08/07/2006 | <u>632</u> | **Minutes of Hearing held on: 08/07/2006 Subject:** Emergency Hearing re: Motion's: (1) Debtor's Emergency Motion to Expedite Discovery relating to the Objection of Regal Ware, Inc., (Doc.#624); (2) Motion for Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, inc. (Doc.#625) - Parties unable to resolve objections.. (vCal Hearing ID (27681)). (related document(s) 625) (SS, ) (Entered: 08/07/2006) |
| 24 | 08/07/2006 | <u>638</u> | Certificate of Service *re: Debtors' Reply to Objection of Regal Ware, Inc., to Motion of the Debtors for Order (I) Approving Sale By the Various WearEver Debtors of Substantially All of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III)* |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| | | | *Granting Related Relief* (related document(s)631 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 08/07/2006) |
| 25 | 08/07/2006 | **640** | Certificate of Service *for Supplemental Memorandum Of Regal Ware, Inc. In Support Of Objection To Assignment Of Trademark Sublicensing Agreement* (related document(s)639 ) Filed by Regal Ware, Inc.. (Scoliard, Jennifer) (Entered: 08/07/2006) |
| 26 | 08/08/2006 | **643** | Affidavit/Declaration of Service *re [Signed] Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, Inc., to Motion of the Debtors for Order (I) Approving Sale By the Various WearEver Debtors of Substantially All of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances an Other Interests Pursuant to Sections 363(b), (f), and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* (related document(s)630 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 08/08/2006) |
| 27 | 08/11/2006 | **658** | Certificate of Service (related document(s)656 ) Filed by Regal Ware, Inc.. (Attachments: # 1 Service List) (Kortanek, Steven) (Entered: 08/11/2006) |
| 28 | 08/11/2006 | **659** | Certification of Counsel *Regarding Revised Proposed WearEver Sale Order* (related document(s)654, 549 ) Filed by Global Home Products LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service and Service List) (Jones, Laura Davis) (Entered: 08/11/2006) |
| 29 | 08/11/2006 | **679** | **Minutes of Hearing held on: 08/11/2006 Subject:** Emergency Hearing: Sale Order. (vCal Hearing ID (27836)). (related document(s) 657) (SS, ) (Entered: 08/15/2006) |
| 30 | 08/14/2006 | **671** | Certificate of Service *re Objection of Debtors to Emergency Motion of Regal Ware, Inc. for a* |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
| | | | Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (I) Approving Sale By the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)663 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 08/14/2006) |
| 31 | 08/14/2006 | **672** | Affidavit/Declaration of Service re: Joinder of the Official Committee of Unsecured Creditors to Objection of the Debtors to Emergency Motion of Regal Ware Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (I) Approving Sale by the Wearever Debtors of Substantially All of the Wearever Debtors' Operating Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (related document(s)670 ) Filed by Official Committee Of Unsecured Creditors. (Fournier, David) (Entered: 08/14/2006) |
| 32 | 08/14/2006 | **680** | **Minutes of Hearing held on: 08/14/2006 Subject: STAY MOTION.** (vCal Hearing ID (27855)). (related document(s) 669) (SS, ) (Entered: 08/15/2006) |
| 33 | 08/15/2006 | **684** | Affidavit/Declaration of Service re [Signed] Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale by the WearEver Debtors of Substantially All of WearEver Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)664 ) Filed by Global Home |

| Designation No. | Date | Bankruptcy Court Docket No. | Title |
|---|---|---|---|
|  |  |  | Products LLC. (Jones, Laura Davis) (Entered: 08/15/2006) |
| 34 | 08/16/2006 | 693 | Affidavit/Declaration of Service *re [Signed] Order Denying Emergency Motion to Stay Pending Appeal* (related document(s)676 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 08/16/2006) |
| 35 | 08/17/2006 | 696 | Certificate of Service *re Amended Certification of Counsel Regarding Revised Proposed WearEver Sale Order* (related document(s)655 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 08/17/2006) |
| 36 | 08/17/2006 | 697 | Affidavit/Declaration of Service *regarding OBJECTION OF PURCHASERS TO EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF* (related document(s)666 ) Filed by SEB S.A. and Groupe SEB USA. (Ward, Matthew) (Entered: 08/17/2006) |

In addition to the foregoing items and although not part of the record maintained by the Bankruptcy Court, the Appellees may rely on the following items that are part of the record of the United States District Court for the District of Delaware in the above-captioned case in connection with approval of the Sale Order.

| Designation No. | Date | District Court Docket No. | Title |
|---|---|---|---|
| 37. | 08/15/2006 | 1 | Emergency MOTION for Stay Pending Bankruptcy Appeal of Order - filed by Regal Ware Inc. (Exit JJF) (mwm, ) Additional attachment(s) added on 8/17/2006 (mwm, ). (Entered: 08/16/2006) |
| 38. | 08/15/2006 | 2 | NOTICE of filing the following document(s) in paper format: Appendix to Emergency Motion for Stay Pending Bankruptcy Appeal. Original document(s) on file in Clerk's Office. (mwm, ) (Entered: 08/16/2006) |
| 39. | 08/15/2006 | 3 | Proposed Order Staying Assignment and/or Transfer of Trademark Sublicense Agreement re: Motion for Stay (Exit JJF) (mwm, ) (Entered: 08/16/2006) |
| 40. | 08/15/2006 | 4 | Emergency MOTION for Hearing re 1 MOTION to Stay - filed by Regal Ware Inc. (Exit JJF) (mwm, ) (Entered: 08/16/2006) |
| 41. | 08/15/2006 | 5 | Proposed Order Staying Assignment and/or Transfer of Trademark Sublicense Agreement re: Motion for Emergency Hearing (Exit JJF) (mwm, ) (Entered: 08/16/2006) |
| | 08/16/2006 | | Remark: By phone, counsel for Regal Ware, Inc. has been notified by the Court to contact opposing counsel and notify them to file any opposition to "emergency" motions by 4:00 p.m. on 8/16/06. (dlk ) (Entered: 08/16/2006) |
| 42. | 08/16/2006 | 6 | ANSWERING BRIEF in Opposition re 1 MOTION to Stay, 4 MOTION for Hearing re 1 MOTION to Stay // DEBTORS' OPPOSITION TO EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING |

| Designation No. | Date | District Court Docket No. | Title |
|---|---|---|---|
|  |  |  | RELATED RELIEF filed by Global Home Products LLC.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Certificate of Service)(Selzer, Sandra) (Entered: 08/16/2006) |
| 43. | 08/16/2006 | 7 | MEMORANDUM in Opposition re 1 MOTION to Stay filed by SEB S.A. and GROUPE SEB USA.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Certificate of Service)(Desgrosseilliers, Mark) (Entered: 08/16/2006) |
| 44. | 08/16/2006 | 8 | MEMORANDUM in Opposition TO: (1) MOTION FOR EMERGENCY HEARING AND (2) EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF filed by Wachovia Bank, NA.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Exhibit Exhibit A)(Huston, Joseph) (Entered: 08/16/2006) |
| 45. | 08/16/2006 | 9 | APPENDIX re 6 Answering Brief in Opposition,,, // *Exhibits to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order* by Global Home Products LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B - Part 1# 3 Exhibit B - Part 2# 4 Exhibit B - Part 3# 5 Exhibit B - Part 4# 6 Exhibit B - Part 5# 7 Exhibit B - Part 6# 8 Exhibit C - Part 1# 9 Exhibit C - Part 2)(Selzer, Sandra) (Entered: 08/16/2006) |
| 46. | 08/16/2006 | 10 | APPENDIX re 9 Appendix,, 6 Answering Brief in Opposition,,, // Appendices of Unreported |

| Designation No. | Date | District Court Docket No. | Title |
|---|---|---|---|
| | | | Decisions to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order by Global Home Products LLC. (Attachments: # 1 Tab No. 1# 2 Tab No. 2# 3 Tab No. 3# 4 Tab No. 4# 5 Tab No. 5)(Selzer, Sandra) (Entered: 08/16/2006) |
| 47. | 08/16/2006 | 11 | AFFIDAVIT re 8 Memorandum in Opposition,, Certificate of Service of OBJECTION AND MEMORANDUM OF WACHOVIA BANK, NATIONAL ASSOCIATION IN OPPOSITION TO: (1) MOTION FOR EMERGENCY HEARING AND (2) EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF filed by Wachovia Bank, NA. (Huston, Joseph) (Entered: 08/16/2006) |
| 48. | 08/16/2006 | 12 | JOINDER by The Official Committee of Unsecured Creditors of Global Home Products, LLC, et al., joining in 6 Answering Brief in Opposition,,, *Joinder of the Official Committee of Unsecured Creditors to Opposition of the Debtors to Emergency Motion of Regal Ware Inc. for Stay Pending Appeal of Order Approving Motion of the Debtors for an Order: (I) Approving Sale by the Wearever Debtors of Substantially All of the Wearever Debtors' Operating Assets Free and Clear of All Liens, Claims Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief.* (Attachments: # 1 Certificate of Service)(Fournier, David) (Entered: 08/16/2006) |

| Designation No. | Date | District Court Docket No. | Title |
|---|---|---|---|
| 49. | 08/16/2006 | 13 | Supplemental ANSWERING BRIEF in Opposition re 1 MOTION to Stay, 4 MOTION for Hearing re 1 MOTION to Stay // Supplement to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order (related documents 6, 9, and 10) filed by Global Home Products LLC.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Certificate of Service)(Selzer, Sandra) (Entered: 08/16/2006) |
| 50. | 08/17/2006 | | CORRECTING ENTRY: DI #1 has been replaced. The initial motion had 22 pages missing. All pages have been scanned and added to the docket. (mwm, ) (Entered: 08/17/2006) |
| 51. | 08/17/2006 | 14 | MEMORANDUM ORDER that denied as moot, or in the alternative, denied on the merits for failing to establish the criteria needed to justify a stay pending appeal re 1 Emergency MOTION to Stay filed by Regal Ware Inc., denied as moot, or in the alternative, denied on merits 4 Emergency MOTION for Hearing re 1 MOTION to Stay filed by Regal Ware Inc., . Signed by Judge Joseph J. Farnan, Jr. on 8/17/06. (dab, ) (Entered: 08/17/2006) |
| | 08/23/2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) Modified on 8/28/2006 (rjb, ). (Entered: 08/23/2006) |
| | 08/23/2006 | | CORRECTING ENTRY: Amended the text for the entry on 8/23/06 concerning case assignment. Case was inadvertently assigned to Judge Gregory M. Sleet. The correct information should read: "Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed." (rjb, ) (Entered: 08/28/2006) |

| Designation No. | Date | District Court Docket No. | Title |
|---|---|---|---|
|  | 08/28/2006 |  | CASE CLOSED per DI #14 (dab, ) (Entered: 08/28/2006) |

Dated: September 18, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszyjw.com
   dbertenthal@pszyjw.com
   bgrohsgal@pszyjw.com
   jfried@pszyjw.com
   sslezer@pszyjw.com

Counsel to Debtors, Global Home Products LLC, et al.