IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>     Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>     Appellees. | Civil Action No. 06-588 (JFF) |

**SUBMISSION OF JOINT INDEX FOR COPIES OF DESIGNATED RECORD ITEMS**

  Attached hereto is the index of the designated item copies that were submitted to the Clerk of the District Court on October 6, 2006. One correction has been made to reflect that Index No. 70 is a transcript introduced in the Bankruptcy Court, and is not a District Court pleading.

Dated: October 10, 2006

           KLEHR, HARRISON, HARVEY, BRANZBURG &
           ELLERS LLP

           */s/ Steven K. Kortanek*
           Steven K. Kortanek (Del. Bar No. 3106)
           Patrick A. Costello (Del. Bar No. 4535)
           919 N. Market Street, Suite 1000
           Wilmington, DE 19801
           (302) 426-1189 Telephone
           (302) 426-9193 Facsimile
           skortanek@klehr.com
           pcostello@klehr.com

           *Delaware Counsel for Regal Ware, Inc*

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64790-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>    Appellant,<br><br>  v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>    Appellees. | Civil Action No. 06-588 (JFF) |

# **INDEX**

A. **STATEMENT OF ISSUES AND DESIGNATION OF RECORD BY APPELLANT REGAL WARE, INC.** [Docket No. 755]

B. **APPELLEES' COUNTERDESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** [Docket No. 775]

C. **OBJECTION TO APPELLANT'S DESIGNATION OF ISSUES ON APPEAL. FILED BY GLOBAL HOME PRODUCTS LLC** [Docket No. 776]

D. **DESIGNATION OF SEB S.A., GROUPE SEB USA, AND WACHOVIA BANK, NATIONAL ASSOCIATION, AS AGENT, OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** [Docket No. 778]

E. **JOINDER TO APPELLEE'S OBJECTION TO APPELLANT'S DESIGNATION OF ISSUES ON APPEAL. FILED BY SEB S.A. AND GROUP E SEB USA** [Docket No. 779]

F. **JOINDER IN APPELLEES' OBJECTION TO APPELLANT'S DESIGNATION OF ISSUES ON APPEAL AND APPELLEE DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN RECORD OF APPEAL. FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS.** [Docket No. 780]

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

-1-

DEL1 64568-2

| No. | DOCKET | PLEADING |
|---|---|---|
| 1. | 511 | Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief |
| 2. | 512 | Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief |
| 3. | 515 | Order Fixing Hearing And Shortening Notice On The Debtors' Motion To Fix Hearing Date On And Shorten Time To Object Or Respond To Motion Of The Debtors For An Order (I)(A) Approving Sale Procedures And Overbid Protections In Connection With Sale Of Substantially All Of The Operating Assets Owned By The Wearever Debtors; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; (C) Approving Notice Of Respective Dates, Times And Places For Auction And For Hearing On Approval Of (i) Sale And (ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) Approving Forms Of Notice; (II) Approving Inventory Advance Provisions And Granting Security Interests And Superpriority Claim; And (III) Granting Related Relief |
| 4. | 520 | Affidavit/Declaration of Service re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief (related document(s) 511 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |

| No. | DOCKET | PLEADING |
|---|---|---|
| 5. | 521 | Affidavit/Declaration of Service re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief (related document(s) 512 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |
| 6. | 523 | Affidavit/Declaration of Service re: [Signed] Order Fixing Hearing And Shortening Notice On The Debtors' Motion To Fix Hearing Date On And Shorten Time To Object Or Respond To Motion Of The Debtors For An Order (I)(A) Approving Sale Procedures And Overbid Protections In Connection With Sale Of Substantially All Of The Operating Assets Owned By The Wearever Debtors; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; (C) Approving Notice Of Respective Dates, Times And Places For Auction And For Hearing On Approval Of (i) Sale And (ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) Approving Forms Of Notice; (II) Approving Inventory Advance Provisions And Granting Security Interests And Superpriority Claim; And (III) Granting Related Relief (related document(s)515 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/10/2006) |
| 7. | 525 | Notice of Supplement to Motion and Supplement to Motion of the Debtors for an Order (I)(A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief |
| 8. | 527 | Affidavit/Declaration of Service re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Grantin (related document(s)511 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |

| No. | DOCKET | PLEADING |
|---|---|---|
| 9. | 528 | Affidavit/Declaration of Service re: Motion of the Debtors for an Order (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Grantin. Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/11/2006) |
| 10. | 529 | Affidavit/Declaration of Service re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief. Filed by Global Home Products LLC. (Entered: 07/11/2006) |
| 11. | 530 | Affidavit/Declaration of Service re: Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Debtors (I) (A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned by the WearEver Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief. Filed by Global Home Products LLC. (Entered: 07/11/2006) |
| 12. | 531 | Affidavit/Declaration of Service re: Order Fixing Hearing And Shortening Notice On The Debtors' Motion To Fix Hearing Date On And Shorten Time To Object Or Respond To Motion Of The Debtors For An Order (I)(A) Approving Sale Procedures And Overbid Protections In Connection With Sale Of Substantially All Of The Operating Assets Owned By The Wearever Debtors; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; (C) Approving Notice Of Respective Dates, Times And Places For Auction And For Hearing On Approval Of (i) Sale And (ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) Approving Forms Of Notice; (II) Approving Inventory Advance Provisions And Granting Security Interests And Superpriority Claim; And (III) Granting Related Relief (related document(s)515 ) (Entered: 7/11/06 |

DEL1 64568-2

| No. | DOCKET | PLEADING |
|-----|--------|----------|
| 13. | 544 | Minutes of Hearing held on: 07/12/2006<br>Subject: Sale Motion. (related document(s) 536) |
| 14. | 545 | Certification of Counsel Regarding Revised Proposed WearEver Sale Procedures Order (related document(s)525, 511 ) Filed by Global Home Products LLC. (Attachments: # 1 Proposed Form of Order (Clean)# 2 Proposed Form of Order (Blackline)) (Grohsgal, Bruce) |
| 15. | 547 | Order (I)(A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned By the Wearever Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief |
| 16. | 548 | Amended Agreement/Notice of Filing of First Amendment to Agreement with Lifetime Brands, Inc. |
| 17. | 549 | Motion of the Debtors for an Order: (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 18. | 550 | Notice of Sale Procedures, Auction Date, and Sale Hearing Filed by Global Home Products LLC. (Attachments: # 1 Affidavit of Service) (Jones, Laura Davis) (Entered: 07/14/2006) |
| 19. | 551 | Affidavit/Declaration of Servicere [Signed] Order (I)(A) Approving Sale Procedures and Overbid Protections in Connection with Sale of Substantially All of the Operating Assets Owned By the Wearever Debtors; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice of Respective Dates, Times and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; (II) Approving Inventory Advance Provisions and Granting Security Interests and Superpriority Claim; and (III) Granting Related Relief (related document(s)547 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/14/2006) |
| 20. | 554 | Affidavit/Declaration of Service re Notice of Filing of First Amendment to Agreement with Lifetime Brands, Inc. (related document(s)548 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/18/2006) |

DEL1 64568-2

| No. | DOCKET | PLEADING |
|-----|--------|----------|
| 21. | 555 | Affidavit/Declaration of Service re Motion of the Debtors for an Order: (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)549 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 07/18/2006) |
| 22. | 556 | Notice of Sale Hearing and Auction |
| 23. | 584 | Exhibit Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (WearEver Sale) (related document(s)547 ) Filed by Global Home Products LLC. (Attachments: # 1 Exhibit A) (Selzer, Sandra) (Entered: 07/25/2006) |
| 24. | 587 | Affidavit/Declaration of Service re Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (WearEver Sale) (related document(s)584 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/26/2006) |
| 25. | 588 | Affidavit/Declaration of Service re (Customized) Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (related document(s)525, 511, 549 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/26/2006) |
| 26. | 589 | Affidavit/Declaration of Service re: Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (related document(s)584 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 07/26/2006) |
| 27. | 590 | Notice of Filing of Corrected Schedule of Executory Contracts and Unexpired Leases that May be Assumed or Assigned Under the Agreement or any Competing Agreement |
| 28. | 592 | Affidavit/Declaration of Service (Corrected) re Affidavit of Service for Notice of Filing of Schedule of Executory Contracts and Unexpired Leases That May Be Assumed or Assigned Under the Agreement or Any Competing Agreement (related document(s)589 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |

DEL1 64568-2

| No. | DOCKET | PLEADING |
|---|---|---|
| 29. | 593 | Affidavit/Declaration of Service re Notice of Filing of Corrected Schedule of Executory Contracts and Unexpired Leasese That May be Assumed or Assigned Under the Agreement or Any Competing Agreement (related document(s)590 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |
| 30. | 594 | Affidavit/Declaration of Service re (Customized) Notice of Correction to Exhibit A Attached to the Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (related document(s)588, 525, 511, 549 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 07/27/2006) |
| 31. | 618 | Objection Of Regal Ware, Inc. To Motion Of The Debtors For An Order (I) Approving Sale By The Wearever Debtors Of Substantially All Of The Wearever Debtors Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (Ii) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (Iii) Granting Related Relief |
| 32. | 624 | Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, Inc., to Motion of the Debtors for Order (I) Approving Sale by the Various WearEver Debtors of Substantially all of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(B), (F) and (M) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 33. | 625 | Motion for Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, Inc., to Motion of the Debtors for Order (I) Approving Sale by the Various WearEver Debtors of Substantially all of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(B), (F) and (M) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 34. | 628 | Debtor's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Demand for Production of Documents Pursuant to Rule 34 of the Federal Rules of Civil Procedure |
| 35. | 629 | Motion to Continue Hearing On Sale, Assumption and Assignment -- Motion of Regal Ware, Inc. to Adjourn Hearing on Assumption and Assignment of Regal Ware, Inc.'s Trademark Sublicense Agreement, and Objection of Regal Ware, Inc. to (i) Debtors' Emergency Motion to Expedite Discovery and (ii) Debtors' Motion to Shorten |

| No. | DOCKET | PLEADING |
|---|---|---|
| 36. | 630 | Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, Inc. |
| 37. | 631 | Reply to Objection of Regal Ware, Inc., to Motion Of The Debtors for Order (I) Approving Sale by the Various Wearever Debtors of Substantially all of the Wearever Debtors Operating Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 38. | 632 | Subject: Emergency Hearing re: Motion's: (1) Debtor's Emergency Motion to Expedite Discovery relating to the Objection of Regal Ware, Inc., (Doc.#624); (2) Motion for Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, inc. (Doc.#625) - Parties unable to resolve objections.. (vCal Hearing ID (27681)). (related document(s) 625) (SS, ) (Entered: 08/07/2006) |
| 39. | 633 | Joinder of Wachovia Bank, National Association to Debtors' Reply to Objection of Regal Ware, Inc. to Motion of the Debtors for Order (I) Approving Sale by Various Wearver Debtors of Substantially All of the Wearever Debtors Operating Assets Free and Clear of All Liens, Claims Encumbrances and Other Interests Pursuant to 363(B),(F) and (M) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 40. | 638 | Subject: Emergency Hearing re: Motion's: (1) Debtor's Emergency Motion to Expedite Discovery relating to the Objection of Regal Ware, Inc., (Doc.#624); (2) Motion for Order Fixing Hearing and Shortening Notice on Debtors' Emergency Motion to Expedite Discovery Relating to the Objection of Regal Ware, inc. (Doc.#625) - Parties unable to resolve objections..<br>(vCal Hearing ID (27681)). (related document(s) 625) (SS, ) (Entered: 08/07/2006) |
| 41. | 639 | Supplemental Memorandum Of Regal Ware, Inc. In Support Of Objection To Assignment Of Trademark Sublicensing Agreement |
| 42. | 640 | Certificate of Service re: Debtors' Reply to Objection of Regal Ware, Inc., to Motion of the Debtors for Order (I) Approving Sale By the Various WearEver Debtors of Substantially All of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)631 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 08/07/2006) |

| No. | DOCKET | PLEADING |
|---|---|---|
| 43. | 641 | Amended Supplemental Memorandum Of Regal Ware, Inc. In Support Of Objection To Assignment Of Trademark Sublicensing Agreement |
| 44. | 643 | Certificate of Service for Supplemental Memorandum Of Regal Ware, Inc. In Support Of Objection To Assignment Of Trademark Sublicensing Agreement (related document(s)639 ) Filed by Regal Ware, Inc.. (Scoliard, Jennifer) (Entered: 08/07/2006) |
| 45. | 654 | Certification of Counsel Regarding Revised Proposed WearEver Sale Order |
| 46. | 655 | Amended Certification of Counsel Regarding Revised Proposed WearEver Sale Order |
| 47. | 656 | Objection to the Debtors proposed form of order attached to the Certification of Counsel |
| 48. | 658 | Certificate of Service (related document(s)656 ) Filed by Regal Ware, Inc.. (Attachments: # 1 Service List) (Kortanek, Steven) (Entered: 08/11/2006) |
| 49. | 659 | Certification of Counsel *Regarding Revised Proposed WearEver Sale Order* (related document(s)654, 549 ) Filed by Global Home Products LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service and Service List) (Jones, Laura Davis) (Entered: 08/11/2006) |
| 50. | 660 | Emergency Motion To Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (i) Approving Sale By The Wearever Debtors Of Substantially All Of The Wearever Debtors' Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (ii) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (iii) Granting Related Relief |
| 51. | 663 | Objection to Emergency Motion of Regal Ware, Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (i) Approving Sale By the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (b) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 52. | 664 | Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale by the Wearever Debtors of Substantially all of Wearever Debtors' Assets Free and Clear of all Liens, Claims, Enbumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |

DEL1 64568-2

| No. | DOCKET | PLEADING |
|-----|--------|----------|
| 53. | 665 | Transcript of Hearing held on August 8, 2006 before the Honorable Kevin Gross |
| 54. | 666 | Objection Of Purchasers To Emergency Motion Of Regal Ware, Inc. For Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (I) Approving Sale By The Wearever Debtors Of Substantially All Of The Wearever Debtors Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (Ii) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (Iii) Granting Related Relief |
| 55. | 668 | Memorandum Joinder of Wachovia Bank in the Debtors' Objection to, the Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of Order Approving Motion of the Debtors for an Order (I) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b),(f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 56. | 670 | Official Committee of Unsecured Creditors to Objection of ther Debtors to Emergency Motion of Regal Ware Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (I) Approving Sale by the Wearever Debtors of Substantially All of the Wearever Debtors' Operating Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of ther Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 57. | 671 | Certificate of Service re Objection of Debtors to Emergency Motion of Regal Ware, Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (I) Approving Sale By the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)663 ) Filed by Global Home Products LLC. (Selzer, Sandra) (Entered: 08/14/2006) |
| 58. | 672 | Affidavit/Declaration of Service re: Joinder of the Official Committee of Unsecured Creditors to Objection of the Debtors to Emergency Motion of Regal Ware Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order: (I) Approving Sale by the Wearever Debtors of Substantially All of the Wearever Debtors' Operating Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief. Filed by Official Committee Of Unsecured Creditors. |

DEL1 64568-2

| No. | DOCKET | PLEADING |
|---|---|---|
| 59. | 673 | Notice of Appeal |
| 60. | 676 | Order Denying Emergency Motion to Stay Pending Appeal |
| 61. | 679 | Minutes of Hearing held on: 08/11/2006 Subject: Emergency Hearing: Sale Order. (vCal Hearing ID (27836)). (related document(s) 657) (SS, ) (Entered: 08/15/2006) |
| 62. | 680 | Minutes of Hearing held on: 08/14/2006 Subject: STAY MOTION. (related document(s) 669) (SS, ) (Entered: 08/15/2006) |
| 63. | 684 | Affidavit/Declaration of Service re [Signed] Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale by the WearEver Debtors of Substantially All of WearEver Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (related document(s)664 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 08/15/2006) |
| 64. | 693 | Affidavit/Declaration of Service re [Signed] Order Denying Emergency Motion to Stay Pending Appeal (related document(s)676 ) Filed by Global Home Products LLC. (Jones, Laura Davis) (Entered: 08/16/2006) |
| 65. | 696 | Certificate of Service re Amended Certification of Counsel Regarding Revised Proposed WearEver Sale Order (related document(s)655 ) Filed by Global Home Products LLC. (Grohsgal, Bruce) (Entered: 08/17/2006) |
| 66. | 697 | Affidavit/Declaration of Service regarding OBJECTION OF PURCHASERS TO EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF (related document(s)666 ) Filed by SEB S.A. and Groupe SEB USA. (Ward, Matthew) (Entered: 08/17/2006) |
| 67. | 713 | Transcript from August 14, 2006 hearing |
| 68. | 805 | Transcript from August 7, 2006 hearing |
| 69. | 806 | Transcript from August 11, 2006 hearing |
| 70. |  | Transcript of Auction |

# DISTRICT COURT PLEADINGS

| Tab No. | District Court Docket No. | Title |
|---|---|---|
| 71. | 1 | Emergency MOTION for Stay Pending Bankruptcy Appeal of Order - filed by Regal Ware Inc. (Exit JJF) (mwm, ) Additional attachment(s) added on 8/17/2006 (mwm, ). (Entered: 08/16/2006) |
| 72. | 2 | NOTICE of filing the following document(s) in paper format: Appendix to Emergency Motion for Stay Pending Bankruptcy Appeal. Original document(s) on file in Clerk's Office. (mwm, ) (Entered: 08/16/2006) |
| 73. | 3 | Proposed Order Staying Assignment and/or Transfer of Trademark Sublicense Agreement re: Motion for Stay (Exit JJF) (mwm, ) (Entered: 08/16/2006) |
| 74. | 4 | Emergency MOTION for Hearing re 1 MOTION to Stay - filed by Regal Ware Inc. (Exit JJF) (mwm, ) (Entered: 08/16/2006) |
| 75. | 5 | Proposed Order Staying Assignment and/or Transfer of Trademark Sublicense Agreement re: Motion for Emergency Hearing (Exit JJF) (Entered: 08/16/2006) |
| | | Remark: By phone, counsel for Regal Ware, Inc. has been notified by the Court to contact opposing counsel and notify them to file any opposition to "emergency" motions by 4:00 p.m. on 8/16/06. (dlk ) (Entered: 08/16/2006) |
| 76. | 6 | ANSWERING BRIEF in Opposition re 1 MOTION to Stay, 4 MOTION for Hearing re 1 MOTION to Stay // DEBTORS' OPPOSITION TO EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF filed by Global Home Products LLC.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Certificate of Service)(Selzer, Sandra) (Entered: 08/16/2006) |
| 77. | 7 | MEMORANDUM in Opposition re 1 MOTION to Stay filed by SEB S.A. and GROUPE SEB USA.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Certificate of Service)(Desgrosseilliers, Mark) (Entered: 08/16/2006) |

DEL1 64568-2

| Tab No. | District Court Docket No. | Title |
|---|---|---|
| 78. | 8 | MEMORANDUM in Opposition TO: (1) MOTION FOR EMERGENCY HEARING AND (2) EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF filed by Wachovia Bank, NA.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Exhibit Exhibit A)(Huston, Joseph) (Entered: 08/16/2006) |
| 79. | 9 | APPENDIX re 6 Answering Brief in Opposition,,, // Exhibits to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order by Global Home Products LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B - Part 1# 3 Exhibit B - Part 2# 4 Exhibit B - Part 3# 5 Exhibit B - Part 4# 6 Exhibit B - Part 5# 7 Exhibit B - Part 6# 8 Exhibit C - Part 1# 9 Exhibit C - Part 2)(Selzer, Sandra) (Entered: 08/16/2006) |
| 80. | 10 | APPENDIX re 9 Appendix,, 6 Answering Brief in Opposition,,, // Appendices of Unreported Decisions to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order by Global Home Products LLC. (Attachments: # 1 Tab No. 1# 2 Tab No. 2# 3 Tab No. 3# 4 Tab No. 4# 5 Tab No. 5)(Selzer, Sandra) (Entered: 08/16/2006) |
| 81. | 11 | Affidavit Re Memorandum In Opposition, Certificate Of Service Of Objection And Memorandum Of Wachovia Bank, National Association In Opposition To: (1) Motion For Emergency Hearing And (2) Emergency Motion Of Regal Ware, Inc. For Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (I) Approving Sale By The Wearever Debtors Of Substantially All Of The Wearever Debtors Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (Ii) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (Iii) Granting Related Relief Filed By Wachovia Bank, Na. (Huston, Joseph) (Entered: 08/16/2006) |
| 82. | 12 | JOINDER by The Official Committee of Unsecured Creditors of Global Home Products, LLC, et al., joining in 6 Answering Brief in Opposition,,, Joinder of the Official Committee of Unsecured Creditors to Opposition of the Debtors to Emergency Motion of Regal Ware Inc. for Stay Pending Appeal of Order Approving Motion of the Debtors for an Order: (I) Approving Sale by the Wearever Debtors of Substantially All of the Wearever Debtors' Operating Assets Free and Clear of All Liens, Claims Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory |

DEL1 64568-2

| Tab No. | District Court Docket No. | Title |
|---|---|---|
| | | Contracts and Unexpired Leases; and (III) Granting Related Relief. (Attachments: # 1 Certificate of Service)(Fournier, David) (Entered: 08/16/2006) |
| 83. | 13 | Supplemental ANSWERING BRIEF in Opposition re 1 MOTION to Stay, 4 MOTION for Hearing re 1 MOTION to Stay // Supplement to Debtors' Opposition to Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of WearEver Sale Order (related documents 6, 9, and 10) filed by Global Home Products LLC.Reply Brief due date per Local Rules is 8/23/2006. (Attachments: # 1 Certificate of Service)(Selzer, Sandra) (Entered: 08/16/2006) |
| | | CORRECTING ENTRY: DI #1 has been replaced. The initial motion had 22 pages missing. All pages have been scanned and added to the docket. (Entered: 08/17/2006) |
| 84. | 14 | MEMORANDUM ORDER that denied as moot, or in the alternative, denied on the merits for failing to establish the criteria needed to justify a stay pending appeal re 1 Emergency MOTION to Stay filed by Regal Ware Inc., denied as moot, or in the alternative, denied on merits 4 Emergency MOTION for Hearing re 1 MOTION to Stay filed by Regal Ware Inc., . Signed by Judge Joseph J. Farnan, Jr. on 8/17/06. (dab, ) (Entered: 08/17/2006) |

DEL1 64568-2