

**PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

ljones@pszyjw.com                October 10, 2006                (302) 778-6401

**VIA HAND DELIVERY**

Honorable Joseph J. Farnan Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

>    Re:  **Global Home Products, LLC et al. (the "Debtors")
>         Bankruptcy Case No. 06-10340 (KG) (Jointly
>         Administered)**
>
>         **Regal Ware, Inc. v. Global Home Products LLC et
>         al.; Adv. No. 06-588 (JJF) (the "Proceeding")**

Dear Judge Farnan:

On October 10, 2006, the Appellee Debtors in the referenced proceeding filed with the Court their *Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings of Appeal* (the "Motion"). Enclosed is a courtesy copy for the Court. For the reasons set forth in the Motion, the Debtors request leave from the Standing Order of the District Court, dated July 23, 2004 (the "Standing Order"), requiring them to attend the mediation scheduled by the Clerk's issuance of the *Notice of Docketing* (District Court Docket No. 7) on or about September 21, 2006 referring this matter to mediation.

At a pre-mediation conference call conducted on October 6, 2006, the Court appointed mediator, Richard Elliott, Jr., Esquire, stated he would suspend mediation for a period of two weeks to permit the Debtors to file this Motion and allow the Court to render a decision on the Motion. The Mediator instructed the Debtors to file the Motion with the Court no later than October 10, 2006. Absent a decision from this Court on the Motion by October 19, 2006, the Mediator informed the parties that mediation will proceed and a pre-mediation call has been scheduled

31604-001\DOCS_SF:52118.2



PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES

Honorable Joseph J. Farnan
October 10, 2006
Page 2

on October 19, 2006 by and between the Mediator and the parties to the appeal.

    Accordingly, the Appellee Debtors respectfully request that Your Honor consider the Motion and issue a decision prior to October 19, 2006. We thank the Court for its attention to this matter.

Respectfully submitted,

Laura Davis Jones

cc: Richard Elliott, Jr., Esquire
Gregg Galardi, Esquire
Matthew Ward, Esquire
Steven Kortanek, Esquire
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Steven Soll, Esquire
Jonathan Helfat, Esquire
Joseph Huston, Esquire
Sharon Levine, Esquire
Bruce Buechler, Esquire
David Fournier, Esquire
(all via email)

31604-001\DOCS_SF:52118.2