IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-588 (JFF) |

**STATEMENT OF APPELLANT REGAL WARE, INC.
IN SUPPORT OF MEDIATION OF ITS APPEAL PURSUANT
TO THE STANDING MEDIATION ORDER OF THIS COURT**

Regal Ware, Inc., the appellant in this appeal of Order entered by the Bankruptcy Court approving, *inter alia,* the assumption and assignment over its objection of its trademark sublicense agreement, respectfully states as follows:

1.      Regal Ware respectfully submits that this appeal should be mediated. Regal Ware respectfully submits that its appeal has merit. Regal Ware also continues to believe that there is the possibility of a negotiated settlement with respect to the ultimate disposition and use of the rights to use its trademark that are involved in this dispute.

2.      Moreover, Regal Ware continues to be willing to engage in good faith negotiations regarding a potential economic settlement regarding the subject trademark rights.

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64798-1

3.  Regal Ware respectfully submits that it is neither necessary nor appropriate at this juncture to engage in any substantive argument regarding the likelihood of success of Regal Ware's appeal. Accordingly, Regal Ware does not address any such issues herein, and reserves all rights with respect to the briefing of the appeal or any substantive motions filed with respect to the appeal.

WHEREFORE, Regal Ware respectfully request that the Court decline to waive the mediation requirement with respect to its appeal.

Date: October 10, 2006

Respectfully submitted,

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP


By: */s/ Steven K. Kortanek*
   Morton R. Branzburg, Esq.
   Steven K. Kortanek (Del. Bar No. 3106)
   Christopher A. Ward (Del. Bar No. 3877)
   919 N. Market Street, Suite 1000
   Wilmington, Delaware 19801
   (302) 552-5503 – telephone
   (302) 426-9193 - facsimile

   -and-

RYAN KROMHOLZ & MANION, S.C.
   Daniel R. Johnson, Esq.
   Joseph A. Kromholz, Esq.
   P. O. Box 26618
   Milwaukee, Wisconsin 53226-0618

*Attorneys for Regal Ware, Inc.*

2

DEL1 64798-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

GLOBAL HOME PRODUCTS, LLC, et al.,[2]

Debtors.

Chapter 11
Case No. 06-10340 (KG)
(Jointly Administered)

REGAL WARE, INC.,

Appellant,

v.

GLOBAL HOME PRODUCTS LLC, et al.,

Appellees.

Civil Action No. 06-588 (JFF)

**CERTIFICATE OF SERVICE**

I, Steven K. Kortanek hereby certify that on this 10th day of October 2006, I caused to be served the foregoing *Statement of Appellant Regal Ware, Inc. in Support of Mediation of its Appeal Pursuant to the Standing Mediation Order of this Court* upon the parties listed on the attached service list in the manner indicated thereto.

/s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)

---

[2] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64798-1

*Via Hand Delivery*
Laura Davis Jones, Esq.
Bruce Grohsgal, Esq.
Sandra G. M. Selzer, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
919 N. Market St., 17th Flr.
Wilmington, DE 19899-8705

*Via First Class Mail*
David M. Bertenthal, Esq.
Joshua M. Fried, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
150 California St., 15th Flr.
San Francisco, CA 94111

*Via Hand Delivery*
Gregg M. Galardi, Esq.
Matthew Paul Ward, Esq.
Skadden Arps Slate Meagher &
  Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

*Via Hand Delivery*
Joseph H. Huston, Jr., Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Flr.
Wilmington, DE 19801

*Via First Class Mail*
Steven B. Soll, Esq.
Jonathan Helfat, Esq.
Otterbourg, Steindler, Houston &
  Rosen, P.C.
230 Park Avenue
New York, NY 10169

DEL1 64798-1