IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant<br><br>v.<br><br>GLOBAL HOME PRODUCTS, LLC et. al.<br><br>Appellees. | Adv. Pro. No. 06-588 (JJF)<br><br>**Related Docket No. 11** |

**JOINDER IN DEBTORS' MOTION FOR LEAVE OF REQUIREMENTS OF
DISTRICT COURT STANDING ORDER DATED JULY 23, 2004
REQUIRING DEBTORS' MANDATORY PARTICIPATION IN
<u>MEDIATION PROCEEDINGS OF APPEAL</u>**

Appellee, the Official Committee of Unsecured Creditors (the "Committee") of Global Home Products, LLC, *et al.*, the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its counsel, joins the Debtors in their Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings of Appeal (Docket No. 11) filed on October 10, 2006. Thus the Committee requests the Court grant the Debtors' motion to dispense with mediation in connection with this appeal.

19346/2
10/11/2006 2043145.01

-2-

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Bruce Buechler, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

and

**PEPPER HAMILTON LLP**

*/s/ Evelyn J. Meltzer*
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

Dated: October 11, 2006

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 11th day of October, 2006, I caused the foregoing **Joinder in Debtors' Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings of Appeal** to be served upon the parties on the attached service list by first class mail.

_____
Evelyn J. Meltzer

#8060915 v1

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Sandra G. M. Selzer, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to the Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA 94111

(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esquire
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE 19801

(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE 19801

(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esquire
Sophie S. Kim, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

(U.S. Attorney)
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19899-2046

(Counsel to Morrison Express Corp (USA))
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

(Counsel to Perot Systems Corporation)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

(Counsel to Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.)
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

#8060921 v1

(Counsel to xpedx, a Division of International Paper Company)
Stephanie A. Fox, Esquire
Maron & Marvel, P.A.
1300 North Broom Street
Wilmington, DE 19806

(Counsel to Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

(Counsel to the Official Committee of Unsecured Creditors)
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

(Counsel to Thai United Frame Company, Ltd.)
Victoria W. Counihan, Esquire
Monica L. Loftin, Esquire
Dennis A. Meloro, Esquire
Greenberg Taurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Mr. Samson Hui
Ms. Amanda Lo
Zhejiang Supor Cookware Co., Ltd.
No. 501 Bin'an Road
Binjiang Hi-Tech Development Zone
Hangzhou, Zhejiang 310052
P.R. CHINA

(Counsel to Sairwind Company, Ltd. and Xiamen Junyi Metal Co., Ltd.)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

(Counsel to C.R. Gibson, Inc.)
Eric Lopez Schnabel, Esquire
Peter J. Duhig, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to Aon Consulting)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel to the Official Committee of Unsecured Creditors)
Sharon Levine, Esquire
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

(Attorney General)
Alberto Gonzales, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Nathan Fuchs, Esquire
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

(Debtors)
Randal Rombeiro, Chief Financial Officer
Global Home Products, LLC
550 Polaris Parkway, Suite 500
Westerville, OH 43082

#8060921 v1

(Financial Advisors to Debtors)
Ronald Stengel
Conway Del Genio Gries & Co., LLC
Olympic Tower
645 Fifth Avenue
New York, NY 10022

(Counsel to United Steelworkers)
David R. Jury, Esquire
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

(Counsel to FMC Wyoming Corporation)
Robert Szwajkos, Esquire
Daniel P. Mazo, Esquire
Curtin & Heefner, LLP
250 North Pennsylvania Avenue
Morrisville, PA 19067

(Counsel to October-Design, Inc.)
Trish D. Lazich, Esquire
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448

(Counsel to Perot Systems Corporation)
Robert E. Delaney, Esquire
Associate General Counsel
Perot Systems
2300 West Plano Parkway
Plano, TX 75070-8499

(Counsel to Round Rock ISD)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35
P.O. Box 17428
Austin, TX 78760-7428

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

(Counsel to Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.)
Paul S. Bliley, Jr., Esquire
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA 23218-1320

(Counsel to Covington Electric System and Covington Gas, Water and Sewer, each a division of the City of Covington, TN)
Nicholas W. Whittenburg, Esquire
Miller & Martin PLLC
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289

CSX Corporation
Attn: Ruth C. Salter-J220
500 Water Street, 8th Floor
Jacksonville, FL 32202

(Counsel to Duquesne Light Company)
S. James Wallace, Esquire
Griffitii, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219

(Counsel to xpedx, a Division of International Paper Company)
E. Franklin Childress, Jr., Esquire
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

(Counsel to N/P)
Keith Simon, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

(Counsel to Harbortown Industries, Inc.)
Mitchell J. Melamed, Esquire
Aronberg Goldgehn Davis & Garmisa
One IBM Plaza, Suite 3000
Chicago, IL 60611

Sandra Garrick-Tinto, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

#8060921 v1

(Counsel to County of Williamson, City of Taylor,
Taylor Independent School District)
Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
5929 Balcones Drive, Suite 200
P.O. Box 26990
Austin, TX 78755

(Counsel to 41 Madison L.P.)
Jonathan L. Flaxer, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022

(Counsel to Thai United Frame Company, Ltd.)
A. Davis Whitesell, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, Ma 02110

(Advisor to Thai United Frame Company, Ltd.
George M. Kelakos
Kelakos Advisors LLC
Two Sound View Drive, Suite 100
Greenwich, CT 06830

(Counsel to Color-Box, Inc.)
Michael H. Traison, Esquire
Miller, Canfield, Paddock & Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

(Counsel to Sairwind Company, Ltd. and Xiamen
Junyi Metal Co., Ltd.)
Eric E. Sagerman, Esquire
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

(Counsel to Sairwind Company, Ltd. and Xiamen
Junyi Metal Co., Ltd.)
Brian Y. Lee, Esquire
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

(Counsel to C.R. Gibson, Inc.)
J. Douglas Bacon, Esquire
Keith A. Simon, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Warren H. Williams, Treasurer
S.P. Richards, Co.
6300 Highlands Parkway, SE
Smyrna, GA 30082

(Counsel to Unicity Integrated Logistics, Inc.)
Jennifer D. Larkin, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

(Counsel to Office of Unemployment Compensation
Tax Services, Dept. of Labor and Industry,
Commonwealth of Pennsylvania)
Sharon L. Royer, UC Tax Agent/Bankruptcy Rep.
Harrisburg Bankruptcy & Compliance Office
1171 S. Cameron Street, Room 312
Harrisburg, PA 17104-2513

(Counsel to Superior Laminating, LLC)
Thomas W. Halm, Esquire
Buchanan Ingersoll PC
700 Alexander Park, Suite 300
Princeton, NJ 08540

(Special Request)
Mr. Danny B. Head, President
Specialty Matboard Corp.
363 Fossett Road
Guntersville, AL 35976

(Counsel to ASD Group)
Paul Silverstein, Esquire
Richard Baumfield, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Duane Morris LLP
305 North Front Street
P.O. Box 1003
Harrisburg, PA 17108-1003

(Counsel to Perot Systems Corporation)
James Donnell, Esquire
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

(Counsel to M Booth & Associates Inc.)
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

#8060921 v1

Margi Booth, President
M Booth & Associates Inc.
300 Park Avenue South
New York, NY 10010

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Laura L. McCloud
P.O. Box 20207
Nashville, TN 37202-0207

(Counsel to Westar/Polaris Office II LLC)
Michael C. Rupe, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

(Counsel to CitiCapital Commercial Leasing Corporation and Citicorp Del-Lease, Inc.)
Sergio I. Scuteri, Esq.
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NJ 08054

(Risheng Enterprises Co. Ltd.)
Carole Neville, Esquire
Mark A. Fink, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020-1089

(Lifetime Brands, Inc.)
Neil E. Herman, Esq.
Leonard Klingbaum, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

(Lifetime Brands, Inc.)
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

(Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

(Canon Financial Services, Inc.)
Andrew Sklar, Esq.
Law Offices of Andrew Sklar, PC
411 Route 70 East – Suit 200
Cherry Hill, NJ 08034

(Counsel for Industria Mexicana del Aluminio, S.A. de CV)
Duane D. Werb, Esq.
Werb & Sullivan
P.O. Box 25046
300 Delaware Avenue
Wilmington, DE 19899

(Counsel for Industria Mexicana del Aluminio, S.A. de CV)
David A. Wender, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

(Counsel for Industria Mexicana del Aluminio, S.A. de CV)
Dennis J. Connolly, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Julius O. Curling, Esq.
State of Michigan, Department of Treasury
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

Gregg M. Galardi, Esq.
Matthew P. Ward, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Lynn Hamilton Butler
Brown McCarroll, L.L.P.
111 Congress Ave., Suite 1400
Austin, Texas 78701

(Counsel for Novelis do Brasil Ltda.)
Marvin A. Sicherman, Esq.
Dettelbach, Sicherman & Baumgart
1100 Ohio Savings Plaza – 1801 E. 9th Street
Cleveland, OH 44114-3169

#8060921 v1

(Counsel for Novelis do Brasil Ltda.)
José Paulo Menezes Barbosa
Novelis do Brasil Ltda.
Departmento Juridico
Caixa Postal 03918
San Paulo, SP, 01060-970, BRASIL

(Counsel for Unisource Worldwide Inc.)
Lynn Hamilton Butler
Brown McCarroll, L.L.P.
111 Congress Avenue
Suite 1400
Austin, TX 78701

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Suite 400
Philadelphia, PA 19102

Daniel R. Johnson, Esq.
Ryan Kromholz & Manion, S.C.
3360 Gateway Road
Brookfield, WI 53045

#8060921 v1