## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Global Home Products LLC, et al. | ) | Case No 06-10340 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| Regal Ware, Inc. | ) | |
| | ) | |
| Appellant, | ) | Civil Action 06-588(JJF) |
| | ) | |
| Global Home Products LLC, et al. | ) | **Relates to Docket No. 11** |
| | ) | |
| Appellees. | ) | |

### JOINDER OF WACHOVIA BANK, NATIONAL ASSOCIATION TO DEBTORS' MOTION FOR RELIEF FROM REQUIREMENTS OF DISTRICT COURT STANDING ORDER DATED JULY 23, 2004 REQUIRING DEBTORS' MANDATORY PARTICIPATION IN MEDIATION PROCEEDINGS OF APPEAL

Wachovia Bank, National Association ("Wachovia"), in its capacity as agent for itself and other lenders (collectively, the "Lenders"), by its attorneys, Otterbourg, Steindler, Houston & Rosen, P.C. and Stevens & Lee, P.C., joins the Debtors in their Motion for Relief from Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings of Appeal which was filed on October 10, 2006 (the "Motion"; Docket Item 11).

Wachovia and the Lenders provide the Debtors with post-petition financing pursuant to the terms of a Ratification and Amendment Agreement entered into by and

among the Debtors and the Lenders and approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by a final Order entered on May 4, 2006.

On August 11, 2006, the Bankruptcy Court entered an Order Approving Motion of the Debtors for the Entry of an Order (I) Approving Sale by the Various WearEver Debtors of Substantially All of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (the "Sale Order"). The Sale Order approved the sale (the "Sale") by the WearEver Debtors[1] of substantially all of their assets, free and clear of all liens, claims, encumbrances and other interests, to SEB, SA and Groupe SEB USA (collectively, the "Buyer"). Among other things, the Sale Order authorized the Debtors to assume and assign to the Buyer a Trademark Sublicense Agreement under which Regal Ware, Inc. ("Regal") is the licensor (the "Trademark Sublicense Agreement"). Regal has filed this appeal regarding the assumption and assignment of the Trademark Sublicense Agreement to the Buyer under the Sale Order.

Following entry of the Sale Order, the Sale was completed and, pursuant to the terms of the Sale Order, Wachovia, as agent for the Lenders, received the net proceeds of the Sale. As the recipient of the Sale proceeds and the Debtors' primary secured lender,

---

[1] The "WearEver Debtors" are Mirro Acquisition, Inc., Mirro Puerto Rico, Inc. and Mirro Operating Company LLC.

Wachovia is an interested party in this appeal, joins in the Motion and concurs with and adopts the legal arguments set forth therein.

Dated: October 11, 2006

                         STEVENS & LEE, P.C.

By: /s/ Joseph H. Huston, Jr.
      Joseph H. Huston, Jr. (4035)
      Thomas G. Whalen, Jr. (4034)
      1105 North Market Street, 7th Floor
      Wilmington, DE 19801
      (302) 425-3310;-3104

                  OTTERBOURG, STEINDLER, HOUSTON
                          & ROSEN, P.C.

By: /s/ Steven B. Soll
      Steven B. Soll (SBS 1436)
      230 Park Avenue
      New York, NY 10169
      (212) 661-9100

*Attorneys for Wachovia Bank, National Association, as Agent*

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that on October 11, 2006, I caused a true and correct copy of the foregoing Joinder to be served electronically through the Court's CM/ECF system, and also by First-Class Mail, postage prepaid, addressed as follows:

Laura Davis Jones Esq.
Bruce Grohsgal, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19801

Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
David Fournier, Esq.
Pepper Hamilton, LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Sharon L. Levine, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.