```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| IN RE: | : |
| GLOBAL HOME PRODUCTS LLC, | : Bankruptcy Case No. 06-10340-KG |
| Debtors. | : |
| | : |
| REGAL WARE INC., | : |
| Appellant, | : |
| v. | : Civil Action No. 06-588-JJF |
| SEB S.A., et al., | : |
| Appellees. | : |

**O R D E R**

      WHEREAS, the Debtor/Appellee, Global Home Products LLC, filed a Motion For Leave Of Requirements Of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation In Mediation Proceedings Of Appeal (D.I. 11) which has been joined by Appellees, SEB S.A., Groupe SEB USA (D.I. 13), the Official Committee of Unsecured Creditors (D.I. 15), and Wachovia Bank (D.I. 16);

      WHEREAS, the Appellant, Regal Ware, Inc., has filed a Statement In Support Of Mediation Of Its Appeal Pursuant To The Standing Mediation Order Of This Court (D.I. 14) expressing its desire to have the mediation go forward;

      WHEREAS, in the circumstances of this case, the Court agrees to waive the mediation requirement;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Debtor Appellant's Motion For Leave Of Requirements Of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation In Mediation Proceedings Of Appeal (D.I. 11) is **GRANTED**.

2. The mandatory mediation requirement for the above-captioned appeal is waived.

3. The parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

    a. Appellant's Opening Brief on appeal shall be filed within fifteen (15) days of the date of this Order.

    b. The Answering Brief on appeal shall be filed within fifteen (15) days of receipt of the Opening Brief.

    c. The Reply Brief on appeal shall be filed within ten (10) days of receipt of the Answering Brief.

<u>October 18, 2006</u>
DATE

UNITED STATES DISTRICT JUDGE