# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-588 (JJF) |

## MOTION TO EXTEND TIME FOR APPELLANT TO FILE OPENING BRIEF

Regal Ware Inc. hereby moves for an extension of time to file its opening brief and in support thereof states as follows:

1. By order dated October 18, 2006 [Docket Item 17] this Court established a briefing schedule that, unless otherwise agreed, set the deadline for appellant to file its opening brief for November 2, 2006.

2. In an e-mail dated October 30, 2006, counsel for one of the appellees followed up on an earlier request that Regal Ware agreed to brief an anticipated motion to dismiss to be filed by one or more of the appellees, prior to any briefing on the merits of the appeal.

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64964-1

3.   The proposal to defer briefing on the merits has not been withdrawn, and Regal Ware has advised counsel to the appellee that it would agree to briefing the motion to dismiss prior to briefing on the merits.

4.   Regal Ware continues to believe that the possibility exists to an agreement among the parties to have the motion to dismiss briefed before the merits briefing. However, at this juncture, such agreement has not been made among counsel to all of the parties. Under the circumstances, Regal Ware respectfully submits that it is appropriate for Regal Ware to have a brief extension upon which to file its opening brief on the merits.

5.   Accordingly, Regal Ware respectfully requests that it have one additional week to file its opening brief (with a concurrent extension of the answering and reply brief deadlines set forth in the October 18, 2006 order), to Thursday, November 9, 2006.

6.   Regal Ware will continue to attempt to negotiate an agreement regarding briefing of the motion to dismiss versus briefing on the merits.

WHEREFORE, Regal Ware respectfully requests that this Court grant the a one week extension requested herein and to enter the proposed form of order attached hereto.

Date: November 2, 2006   Respectfully submitted,

KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP


By: */s/ Steven K. Kortanek*
    Morton R. Branzburg, Esq.
    Steven K. Kortanek (Del. Bar No. 3106)
    Christopher A. Ward (Del. Bar No. 3877)
    919 N. Market Street, Suite 1000
    Wilmington, Delaware 19801
    (302) 552-5503 – telephone
    (302) 426-9193 - facsimile

-and-

DEL1 64964-1

       RYAN KROMHOLZ & MANION, S.C.
        Daniel R. Johnson, Esq.
        Joseph A. Kromholz, Esq.
        P. O. Box 26618
        Milwaukee, Wisconsin 53226-0618

*Attorneys for Regal Ware, Inc.*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[2]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-588 (JJF) |

## ORDER

Upon the *Motion To For Extend Time For Appellant To File Opening Brief* filed by Regal Ware, Inc.,

IT IS HEREBY ORDERED that the appellant's opening brief shall be due on Thursday, November 9, 2006, and the answering brief shall be filed no later than 15 days after the opening brief and the reply brief within 10 days of receipt of the opening brief.

Dated:_____, 2006

 

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

---

[2] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

4

DEL1 64964-1

5

DEL1 64964-1