IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Global Home Products LLC, et al.,[1] | Case No. 06-10340 (KG) (Jointly Administered) |
| Debtors. | |
| Regal Ware, Inc., | |
| Appellant, | |
| v. | Civil Action 06-588 (JJF) |
| Global Home Products LLC, et al., | |
| Appellees. | |

## DEBTORS' OPPOSITION TO MOTION TO EXTEND TIME FOR APPELLANT TO FILE OPENING BRIEF

The above-captioned appellee debtors and debtors in possession in the above referenced chapter 11 cases (the "Debtors") hereby file their opposition to the *Motion to Extend Time for Appellant to File Opening Brief* (the "Motion") filed by appellant Regal Ware, Inc. (the "Appellant").

1. On October 18, 2006, this Court issued a memorandum order dated October 18, 2006 (the "Scheduling Order") which, *inter alia*, set a briefing schedule in the above-caption appeal (the "Appeal") and fixed November 2, 2006 as the deadline for the Appellant to file its opening brief. A copy of the Scheduling Order is attached hereto as **Exhibit A**. Paragraph 3 of the Scheduling Order provides, in relevant part:

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

3. The parties shall adhere to the following briefing schedule **unless an otherwise agreed schedule is filed within fifteen (15) days of the date of this Order:**

(a) Appellant's Opening Brief on Appeal shall be filed within fifteen (15) days of the date of this Order. . . .

Scheduling Order, Paragraph 3 (emphasis added).

2.      The Scheduling Order is clear: unless the parties agreed to an alternative briefing schedule in sufficient time to file an amended schedule with the Court, the briefing schedule in the Scheduling Order would control and the Appellant's opening brief would be due by November 2, 2006.

3.      On October 24, 2006, Debtors' counsel sent an email to counsel for the Appellant, counsel for appellee Groupe SEB USA ("SEB"), as well as other interested parties, requesting the parties agree to brief the Debtors' anticipated motion to dismiss the Appeal prior to briefing the actual merits of the Appeal (the "October 24 Email"). As the Appellant has long been aware, the Debtors believe that the Appeal is statutorily moot because the sale of the property to SEB that is the subject of the Appeal closed over two months ago pursuant to an unstayed sale order.[2] As such, the Debtors believed it made economic and practical sense for the parties to first brief the issue of a case-dispositive motion, rather than simultaneously briefing the merits of the Appeal along with a motion to dismiss the Appeal. Thus, the October 24 Email was the Debtors' first attempt to agree to and file an amended briefing schedule with the Court in

---

[2] Appellant's claim that the motion to dismiss was "unanticipated" (*See* Motion, paragraph 2) is not credible. Even prior to the October 24 Email, the Debtors have consistently maintained that the Appeal is moot. *See e.g.* Paragraph 2 of *Appellee's Counterdesignation of Items to be Included in the Record of Appeal* filed on September 18, 2006 [District Court Docket No. 9] ("the Appellees believe that the Appeal is statutory moot because the sale of the assets that were the subject to the Sale Order (the "Property") . . . closed. . . . .").

sufficient time prior to the November 2, 2006 deadline fixed by the Scheduling Order for the Appellant to file its opening brief.

4.      The Appellant did not respond to the October 24 Email.  On October 30, 2006, counsel for the Debtors again emailed Appellant's counsel and the other parties copied on the October 24 Email (the "October 30 Email") requesting a response to the proposal set forth in the prior email.  The Debtors did not receive any timely response to the October 30 Email either. Because the Appellant did not timely respond to either the October 24 Email or the October 30 Email, the Debtors concluded that briefing would proceed in accordance with the deadlines set forth in the Scheduling Order because "an otherwise agreed schedule" was never agreed to, much less filed with the Court.  The Debtors therefore awaited receipt of the Appellant's opening brief on November 2, 2006.

5.      The Appellant failed to timely file its opening brief in accordance with the Scheduling Order.  Instead, in the afternoon of November 2, 2006 – the deadline for Appellant to file its opening brief – Appellant's counsel emailed the Debtors, SEB and other interested parties in a belated attempt to modify the Scheduling Order.  In addition, on November 2, 2006, the Appellant filed the Motion – which does not contain a hearing date – in order to obtain an extension of time to file its opening brief that was supposed to be filed on that same day

6.      The circumstances under which the Appellant is now requesting an extension of time to file its opening brief are entirely self-created.  The Appellant failed to timely respond to either the October 24 Email or the October 30 Email, which failure prevented the parties the necessary time to agree to and file an alternative briefing schedule with the Court.

Rather, the Appellant chose to deliberately ignore the Debtors' repeated requests to agree to a modified briefing schedule until the very deadline for the Appellant to file its brief.

The Appellant should not be rewarded for its conduct by obtaining additional time to file a brief that should have filed on November 2, 2006. The Debtors request that the Motion be denied and that the Court grant other relief as is just and proper under the circumstances.

Dated:  November 3, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszyjw.com
dbertenthal@pszyjw.com
bgrohsgal@pszyjw.com
jfried@pszyjw.com

Counsel to Debtors, Global Home Products LLC, et al.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| GLOBAL HOME PRODUCTS LLC, | : | Bankruptcy Case No.  06-10340-KG |
| | : | |
| Debtors. | : | |
| | : | |
| REGAL WARE INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-588-JJF |
| | : | |
| SEB S.A., et al., | : | |
| | : | |
| Appellees. | : | |

## O R D E R

WHEREAS, the Debtor/Appellee, Global Home Products LLC, filed a Motion For Leave Of Requirements Of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation In Mediation Proceedings Of Appeal (D.I. 11) which has been joined by Appellees, SEB S.A., Groupe SEB USA (D.I. 13), the Official Committee of Unsecured Creditors (D.I. 15), and Wachovia Bank (D.I. 16);

WHEREAS, the Appellant, Regal Ware, Inc., has filed a Statement In Support Of Mediation Of Its Appeal Pursuant To The Standing Mediation Order Of This Court (D.I. 14) expressing its desire to have the mediation go forward;

WHEREAS, in the circumstances of this case, the Court agrees to waive the mediation requirement;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Debtor Appellant's Motion For Leave Of Requirements Of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation In Mediation Proceedings Of Appeal (D.I. 11) is **GRANTED**.

2.    The mandatory mediation requirement for the above-captioned appeal is waived.

3.    The parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

a.    Appellant's Opening Brief on appeal shall be filed within fifteen (15) days of the date of this Order.

b.    The Answering Brief on appeal shall be filed within fifteen (15) days of receipt of the Opening Brief.

c.    The Reply Brief on appeal shall be filed within ten (10) days of receipt of the Answering Brief.

October 18, 2006
DATE

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL HOME PRODUCTS LLC, et al.,[1] | Case No. 06-10340 (KG) (Jointly Administered) |
| Debtors. | |

| | |
|---|---|
| REGAL WARE, INC., | |
| Appellant, | |
| v. | Civil Action No. 06-588 (JJF) |
| GLOBAL HOME PRODUCTS LLC, et al., | |
| Appellees. | |

## CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 3rd day of November, 2006, I caused

a copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**Debtors' Opposition to Motion to Extend Time for Appellant to File Opening
Brief**

Bruce Grohsgal (Bar No. 3583)

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP
Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico,
Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor
Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture
LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company
LLC.

GHP – Regal Ware, Inc. Service List
Case No. 06-10340 (KG)
Document No. 120310
02 – Hand Delivery
02 – First Class Mail


**Hand Delivery**
(Mediator)
Richard G. Elliott, Jr., Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
Steven K. Kortanek, Esq.
Patrick A. Costello, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

**First Class Mail**
Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, PA 19102

**First Class Mail**
Daniel R. Johnson, Esq.
Ryan Kromholz & Manion, S.C.
3360 Gateway Road
Brookfield, WI 53045

Global Home Products LLC 2002 Service List
Case No. 06-10340 (KG)
Document No. 117001
21 – Hand Delivery
01 – Interoffice Delivery
56 – First Class Mail
02 – Foreign First Class Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Sandra G. M. Selzer, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Interoffice Mail**
(Counsel to the Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
LLP
150 California Street, 15th Floor
San Francisco, CA  94111

**Hand Delivery**
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE  19801

**Hand Delivery**
(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esquire
Gilbert R. Saydah, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(U.S. Attorney)
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

**Hand Delivery**
(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE  19899-2046

**Hand Delivery**
(Counsel to Morrison Express Corp (USA))
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

**Hand Delivery**
(Counsel to Perot Systems Corporation)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Kawasaki Kisen Kaisha Ltd. and "K"
Line America, Inc.)
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Hand Delivery**
(Counsel to xpedx, a Division of International Paper
Company)
Stephanie A. Fox, Esquire
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Official Committee of Unsecured
Creditors)
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Thai United Frame Company, Ltd.)
Victoria W. Counihan, Esquire
Monica L. Loftin, Esquire
Dennis A. Meloro, Esquire
Greenberg Taurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Sairwind Company, Ltd. and Xiamen
Junyi Metal Co., Ltd.)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to C.R. Gibson, Inc.)
Eric Lopez Schnabel, Esquire
Peter J. Duhig, Esquire
Klett Rooney Lieber &Schorling, P.C.
1000 West Street, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Aon Consulting)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Lifetime Brands, Inc.)
Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Industria Mexicana del Aluminio, S.A.
de CV)
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19899

**Hand Delivery**
(Counsel to SEB S.A. and Groupe SEB USA)
Gregg M. Galardi, Esquire
Matthew P. Ward, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Tennant Financial Services; NMHG
Financial Services, Inc.)
George T. Lees, Esquire
Rawle and Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

**Foreign First Class Mail**
(Top 40 Creditor)
Mr. Samson Hui
Ms. Amanda Lo
Zhejiang Supor Cookware Co Ltd.
No. 501 Bin'an Road
Binjiang Hi-Tech Development Zone
Hangzhou, Zhejiang 310052 P.R. China

**Foreign First Class Mail**
Jose Paulo Menezes Barbosa
Novelis do Brasil Ltda.
Departamento Juridico
Caixa Postal 03918
San Paulo, SP, 01060-970, BRASIL

**First Class Mail**
(Counsel to the Official Committee of Unsecured
Creditors)
Sharon Levine, Esquire
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

**First Class Mail**
(Attorney General)
Alberto Gonzales, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

**First Class Mail**
Nathan Fuchs, Esquire
Securities & Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10285

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC  20020

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(Debtors)
Mark Eichhorn, Interim Chief Executive Officer
Global Home Products, LLC
519 North Pierce Avenue
Lancaster, OH  43130

**First Class Mail**
(Financial Advisors to Debtors)
Ronald Stengel
Conway Del Genio Gries & Co., LLC
Olympic Tower
645 Fifth Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

**First Class Mail**
(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30308

**First Class Mail**
(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esquire
Sophie S. Kim, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to United Steelworkers)
David R. Jury, Esquire
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA  15222

**First Class Mail**
(Counsel to FMC Wyoming Corporation)
Robert Szwajkos, Esquire
Daniel P. Mazo, Esquire
Curtin & Heefner, LLP
250 North Pennsylvania Avenue
Morrisville, PA  19067

**First Class Mail**
(Counsel to October-Design, Inc.)
Trish D. Lazich, Esquire
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113-1448

**First Class Mail**
(Counsel to Perot Systems Corporation)
Robert E. Delaney, Esquire
Associate General Counsel
Perot Systems
2300 West Plano Parkway
Plano, TX  75070-8499

**First Class Mail**
(Counsel to Round Rock ISD)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35
P.O. Box 17428
Austin, TX  78760-7428

**First Class Mail**
Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Counsel to Kawasaki Kisen Kaisha Ltd. and "K"
Line America, Inc.)
Paul S. Bliley, Jr., Esquire
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA  23218-1320

**First Class Mail**
(Counsel to Covington Electric System and Covington Gas,
Water and Sewer, each a division of the City of Covington,
TN)
Nicholas W. Whittenburg, Esquire
Miller & Martin PLLC
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN  37402-2289

**First Class Mail**
(Counsel to Duquesne Light Company)
S. James Wallace, Esquire
Griffitii, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA  15219

**First Class Mail**
(Counsel to xpedx, a Division of International Paper
Company)
E. Franklin Childress, Jr., Esquire
Baker Donelson Bearman Caldwell & Berkowitz,
P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103

**First Class Mail**
(Counsel to N/P)
Keith Simon, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

**First Class Mail**
Sandra Garrick-Tinto, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

**First Class Mail**
(Counsel to County of Williamson, City of Taylor,
Taylor Independent School District)
Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
5929 Balcones Drive, Suite 200
P.O. Box 26990
Austin, TX  78755

**First Class Mail**
(Counsel to 41 Madison L.P.)
Jonathan L. Flaxer, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Thai United Frame Company, Ltd.)
A. Davis Whitesell, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, Ma 02110

**First Class Mail**
(Advisor to Thai United Frame Company, Ltd.
George M. Kelakos
Kelakos Advisors LLC
Two Sound View Drive, Suite 100
Greenwich, CT 06830

**First Class Mail**
(Counsel to Color-Box, Inc.)
Michael H. Traison, Esquire
Miller, Canfield, Paddock & Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

**First Class Mail**
(Counsel to Sairwind Company, Ltd. and Xiamen
Junyi Metal Co., Ltd.)
Eric E. Sagerman, Esquire
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**First Class Mail**
(Counsel to Sairwind Company, Ltd. and Xiamen
Junyi Metal Co., Ltd.)
Brian Y. Lee, Esquire
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**First Class Mail**
(Counsel to C.R. Gibson, Inc.)
J. Douglas Bacon, Esquire
Keith A. Simon, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**First Class Mail**
Warren H. Williams, Treasurer
S.P. Richards, Co.
6300 Highlands Parkway, SE
Smyrna, GA 30082

**First Class Mail**
(Counsel to Unicity Integrated Logistics, Inc.)
Jennifer D. Larkin, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

**First Class Mail**
(Counsel to Office of Unemployment
Compensation Tax Services, Dept. of Labor and
Industry, Commonwealth of Pennsylvania)
Sharon L. Royer, UC Tax Agent/Bankruptcy Rep.
Harrisburg Bankruptcy & Compliance Office
1171 S. Cameron Street, Room 312
Harrisburg, PA 17104-2513

**First Class Mail**
(Counsel to Superior Laminating, LLC)
Thomas W. Halm, Esquire
Buchanan Ingersoll PC
700 Alexander Park, Suite 300
Princeton, NJ 08540

**First Class Mail**
(Special Request)
Mr. Danny B. Head, President
Specialty Matboard Corp.
363 Fossett Road
Guntersville, AL 35976

**First Class Mail**
(Counsel to ASD Group)
Paul Silverstein, Esquire
Richard Baumfield, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

**First Class Mail**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Duane Morris LLP
305 North Front Street
P.O. Box 1003
Harrisburg, PA  17108-1003

**First Class Mail**
(Counsel to Perot Systems Corporation)
James Donnell, Esquire
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX  77002

**First Class Mail**
(Counsel to M Booth & Associates Inc.)
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

**First Class Mail**
Margi Booth, President
M Booth & Associates Inc.
300 Park Avenue South
New York, NY  10010

**First Class Mail**
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy
Division
Attn:  Laura L. McCloud
P.O. Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Canon Financial Services, Inc.)
Andrew Sklar, Esquire
Law Offices of Andrew Sklar, PC
411 Route 70 East – Suite 200
Cherry Hill, NJ  08034

**First Class Mail**
(Counsel to Westar/Polaris Office II LLC)
Michael C. Rupe, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661

**First Class Mail**
(Counsel to Risheng Enterprises Co. Ltd.)
Carole Neville, Esquire
Mark A. Fink, Esquire
Sonnenshein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020-1089

**First Class Mail**
(Counsel to Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel to CitiCapital Commercial Leasing
Corporation and Citicorp Del-Lease, Inc.)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NJ  08054

**First Class Mail**
(Counsel to Lifetime Brands, Inc.)
Neil E. Herman, Esquire
Leonard Klingbaum, Esquire
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
(Counsel to Industria Mexicana del Aluminio, S.A.
de CV)
David A. Wender, Esquire
Dennis J. Connolly, Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

**First Class Mail**
(Counsel to State of Michigan, Department of
Treasury)
Michael A. Cox, Attorney General
Julius O. Curling, Assistant Attorney General
Cadillac Place
3030 West Grand Blvd., Suite 10-200
Detroit, MI 48202

**First Class Mail**
(Counsel to NMHG Financial Services, Inc.;
Tennant Financial Services)
Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

**First Class Mail**
(Counsel to Unisource Worldwide Inc.)
Lynn Hamilton Butler, Esquire
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

**First Class Mail**
(Counsel to Novelis do Brasil Ltda)
Marvin A. Sicherman, Esquire
Dettelbach, Sicherman & Baumgart
1100 Ohio Savings Plaza
1801 E. 9th Street
Cleveland, OH 44114-3169

**First Class Mail**
(Counsel to State of New Jersey, Department of
Environmental Protection)
Mary Ellen Halloran, Deputy Attorney General
Department of Law & Public Safety
Division of Law
Richard J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625-0093