IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - X
REGAL WARE, INC.,              :
                               :
            Appellant,         :
                               :
     v.                        :   Case No. 1:06-cv-588 (JJF)
                               :
GROUPE SEB USA, SEB S.A.,      :   Related Doc.: 19
and GLOBAL HOME PRODUCTS       :
LLC, et al.,                   :
                               :
            Appellees.         :
- - - - - - - - - - - - - - - X
In re:                         :   Chapter 11
                               :
GLOBAL HOME PRODUCTS LLC,      :   Case No. 06-10340 (KG)
et al.,                        :   Jointly Administered
                               :
            Debtors.           :
- - - - - - - - - - - - - - - X
```

## DECLARATION OF SERVICE

I, Mark L. Desgrosseilliers, hereby certify that on the 3rd day of November, 2006, I caused the **Objection of Purchasers to Regal Ware, Inc.'s Motion to Extend Time for Appellant to File Opening Brief (Docket No. 19)** to be served on the parties listed on Exhibit A, attached hereto, in the manner set forth thereon.

Dated:    Wilmington, Delaware
           November 3, 2006

*/s/ Gregg M. Galardi*
Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Matthew P. Ward (I.D. No. 4471)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Attorneys for SEB S.A. and
Groupe SEB USA

**EXHIBIT A**

Service List

(Counsel for the Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Sandra G. M. Selzer, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
**(via Hand Delivery and Electronic Mail)**

(Counsel for Regal Ware, Inc.)
Morton R. Branzburg, Esquire
Steven K. Kortanek, Esquire
Patrick A. Costello, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
**(via Hand Delivery and Electronic Mail)**

(Counsel for Regal Ware, Inc.)
Daniel R. Johnson, Esquire
Joseph A. Kromholz, Esquire
Ryan Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618
**(via Overnight Courier)**

(Counsel for CitiGroup)
Joseph Smolinsky, Esquire
Chadbourne and Parke LLP
30 Rockefeller Plaza
New York, New York 10112
**(via Overnight Courier)**

(Counsel for the Official Committee of Unsecured Creditors)
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, Delaware 19801
**(via Hand Delivery and Electronic Mail)**

(Counsel for the Official Committee of Unsecured Creditors)
Sharon Levine, Esquire
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
**(via Overnight Courier)**

(Counsel for Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
**(via Hand Delivery and Electronic Mail)**

(Counsel for Wachovia Bank, National Association)
Steven B. Soll, Esquire
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169-0075
**(via Overnight Courier)**

(Counsel for Lifetime Brands, Inc.)
Ronald S. Gellert, Esquire
Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
**(via Hand Delivery)**

(Counsel to Lifetime Brands, Inc.)
Leonard Klingbaum, Esquire
Neil E. Herman, Esquire
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
**(via Overnight Courier)**