IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GLOBAL HOME PRODUCTS LLC, et al., | : | Case No. 06-10340-KG |
| | : | |
| Debtors. | : | |
| | : | |
| REGAL WARE, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-588-JJF |
| | : | |
| GLOBAL HOME PRODUCTS, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

**O R D E R**

WHEREAS, Appellant, Regal Ware, Inc., has filed a Motion For Extension of Time (D.I. 18) requesting a one-week extension of time to file its Opening Brief in the above-captioned appeal;

WHEREAS, oppositions to Appellant's request were filed by the Debtors and SEB S.A. and Groupe SEB USA;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellant's Motion For Extension of Time (D.I. 18) is **GRANTED**. Appellant's Opening Brief on appeal shall be due **Thursday, November 9, 2006.**

2. The remaining briefing deadlines for Appellees' Answering Brief on appeal and any Reply Briefs shall be extended by an additional seven (7) days, so that any Answering Briefs on appeal shall be due **twenty-two (22) days after receipt of the**

**Opening Brief** and Reply briefs shall be due **seventeen (17) days** after receipt of the Answering Briefs.

November 7, 2006
Date

_____
UNITED STATES DISTRICT JUDGE