IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No 06-10340 (KG) |
| Global Home Products LLC, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Regal Ware, Inc. | ) | |
| | ) | |
| Appellant, | ) | Civil Action 06-588(JJF) |
| | ) | |
| Global Home Products LLC, et al. | ) | |
| | ) | |
| Appellees. | ) | |

**JOINDER OF WACHOVIA BANK, NATIONAL ASSOCIATION TO DEBTORS' (A) MOTION TO DISMISS APPEAL FILED BY REGAL WARE, INC. OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF; OR, ALTERNATIVELY, (B) ANSWERING BRIEF TO OPENING BRIEF OF APPELLANT REGAL WARE, INC.**

Wachovia Bank, National Association, in its capacity as agent, for itself and other lenders, by its attorneys, Otterbourg, Steindler, Houston & Rosen, P.C. and Stevens & Lee, P.C., hereby joins in and adopts the legal arguments set forth by the Debtors in the Debtors' (A) Motion To Dismiss Appeal Filed By Regal Ware, Inc. Of An Order

739966.1

Approving Motion Of The Debtors For An Order: (I) Approving Sale By The WearEver Debtors Of Substantially All Of The WearEver Debtors' Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (III) Granting Related Relief; Or, Alternatively, (B) Answering Brief To Opening Brief Of Appellant Regal Ware, Inc.

Dated: New York, New York
December 1, 2006

STEVENS & LEE, P.C.

By: /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (4035)
Thomas G. Whalen, Jr. (4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 654-5180

-and-

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
Steven B. Soll (SBS 1436)
230 Park Avenue
New York, NY 10169
(212) 661-9100

*Attorneys for Wachovia Bank, National Association, as Agent*

## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on December 1, 2006, he caused a true and correct copy of the foregoing Joinder to be served electronically through the Court's CM/ECF system, and also by First-Class Mail, postage prepaid, addressed as follows:

Laura Davis Jones Esq.
Bruce Grohsgal, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19801

Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
David Fournier, Esq.
Pepper Hamilton, LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Sharon L. Levine, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.