IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL HOME PRODUCTS LLC, et al.,[1] | Case No. 06-10340 (KG) (Jointly Administered) |
| Debtors. | |

| | |
|---|---|
| REGAL WARE, INC., <br><br>Appellant, <br><br>v. <br><br>GLOBAL HOME PRODUCTS LLC, et al., <br><br>Appellees. | Civil Action No. 06-588 (JJF) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, counsel to Global Home Products LLC, et al., hereby withdraws and substitutes the appearance of the following attorneys as set forth below.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

31604-001\DOCS_DE:123332.1

1

| **WITHDRAW AS LEAD ATTORNEY TO DEBTOR-APPELLEE** | **SUBSTITUTE AS LEAD ATTORNEY TO DEBTOR-APPELLEE** |
|---|---|
| Sandra G. M. Selzer (Bar No. 4283)<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail: sselzer@pszyjw.com | Laura Davis Jones (Bar No. 2436)<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail: ljones@pszyjw.com |

Dated:  December 6, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ljones@pszyjw.com

Counsel to Debtor-Appellee,
Global Home Products LLC, et al.