IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - X
REGAL WARE, INC.,               :
                                :
            Appellant,          :
                                :
       v.                       :    Case No. 1:06-cv-588 (JJF)
                                :
GROUPE SEB USA, SEB S.A.,       :    Related Doc.: 27
and GLOBAL HOME PRODUCTS        :
LLC, et al.,                    :
                                :
            Appellees.          :
- - - - - - - - - - - - - - - X
In re:                          :    Chapter 11
                                :
GLOBAL HOME PRODUCTS LLC,       :    Case No. 06-10340 (KG)
et al.,                         :    Jointly Administered
                                :
            Debtors.            :
- - - - - - - - - - - - - - - X
```

JOINDER OF SEB S.A. AND GROUPE SEB USA, APPELLEES, TO
DEBTORS' (A) MOTION TO DISMISS APPEAL FILED BY REGAL WARE
INC. OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER:
(I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY
ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE
BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
(III) GRANTING RELATED RELIEF; OR, ALTERNATIVELY,
(B) ANSWERING BRIEF TO OPENING BRIEF OF APPELLANT REGAL
WARE, INC.

SEB S.A. and Groupe SEB USA (together, "SEB"), two of the appellees in the above-captioned appeal and purchasers of certain assets of the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), by

their undersigned attorneys, hereby join the Debtors' (A) Motion to Dismiss Appeal Filed by Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (n) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief; or, Alternatively, (B) Answering Brief to Opening Brief of Appellant Regal Ware, Inc. (Docket No. 27) (the "Motion to Dismiss"), filed by the Debtors on December 1, 2006. SEB agrees with the legal arguments and assertions set forth in the Motion to Dismiss and hereby joins the Motion to Dismiss.

WHEREFORE, for the reasons set forth in the Motion to Dismiss, the Purchaser respectfully requests that the Court (i) dismiss the above-captioned appeal as moot, or alternatively, (ii) affirm the Order (I) Approving Sale by the WearEver Debtors of Substantially All of WearEver Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming

and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief, entered by the United States Bankruptcy Court for the District of Delaware in the Debtors' chapter 11 cases on August 14, 2006, and in either event grant SEB such further relief as is just and proper.

Dated:   Wilmington, Delaware
         December 12, 2006

/s/ Matthew P. Ward
_____
Gregg M. Galardi (I.D. No. 2991)
Matthew P. Ward (I.D. No. 4471)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Attorneys for SEB S.A. and
Groupe SEB USA

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006, I electronically filed the **JOINDER OF SEB S.A. AND GROUPE SEB USA, APPELLEES, TO DEBTORS' (A) MOTION TO DISMISS APPEAL FILED BY REGAL WARE INC. OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF; OR, ALTERNATIVELY, (B) ANSWERING BRIEF TO OPENING BRIEF OF APPELLANT REGAL WARE, INC.** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, to whom I also delivered a copy by hand delivery:

| | |
|---|---|
| (Counsel for the Debtors)<br>Laura Davis Jones, Esquire<br>Bruce Grohsgal, Esquire<br>Pachulski Stang Ziehl Young<br>Jones & Weintraub LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 | (Counsel for the Official Committee of Unsecured Creditors)<br>David M. Fournier, Esquire<br>Evelyn J. Meltzer, Esquire<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>Wilmington, Delaware 19801 |
| (Counsel for Regal Ware, Inc.)<br>Morton R. Branzburg, Esquire<br>Steven K. Kortanek, Esquire<br>Patrick A. Costello, Esquire<br>Jennifer L. Scoliard, Esquire<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801 | (Counsel for Wachovia Bank, National Association)<br>Joseph H. Huston, Jr., Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801 |

I hereby certify that on December 12, 2006, I have mailed, via first-class mail unless otherwise indicated, the document(s) to the following non-registered participants:

(Counsel for Regal Ware, Inc.)
Daniel R. Johnson, Esquire
Joseph A. Kromholz, Esquire
Ryan Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618

(Counsel for CitiGroup)
Joseph Smolinsky, Esquire
Chadbourne and Parke LLP
30 Rockefeller Plaza
New York, New York 10112

(Counsel for the Official Committee of Unsecured Creditors)
Sharon Levine, Esquire
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

(Counsel for Wachovia Bank, National Association)
Steven B. Soll, Esquire
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169-0075

(Counsel for Lifetime Brands, Inc.)
Ronald S. Gellert, Esquire
Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
**(via Hand Delivery)**

(Counsel to Lifetime Brands, Inc.)
Leonard Klingbaum, Esquire
Neil E. Herman, Esquire
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178

_/s/ Matthew Ward_
Gregg M. Galardi (I.D. No. 2991)
Matthew P. Ward (I.D. No. 4471)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
mpward@skadden.com