IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Global Home Products LLC, et al.,[1] | Case No. 06-10340 (KG)<br>(Jointly Administered) |
| Debtors. | |
| Regal Ware, Inc., <br><br>               Appellant,<br>v.<br><br>Global Home Products LLC, et al.,<br><br>               Appellees. | Civil Action 06-588 (JJF) |

**DEBTORS' NOTICE OF COMPLETION OF BRIEFING**

The captioned appellees, debtors and debtors in possession in the above-referenced chapter 11 cases and appellees in this matter (the "Debtors"), hereby file their *Notice of Completion of Briefing*. Pursuant to the Court's briefing scheduling orders dated October 18, 2006 and November 6, 2006, respectively, the Debtors submit that the briefing schedule with respect to the above captioned appeal (the "Appeal") has been completed. The Debtors further submit that the parties' briefing of the *Debtors' (A) Motion to Dismiss Appeal Filed by Regal Ware Inc. of Order Approving Motion of the Debtors for an Order (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f)*

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

*and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief; or, Alternatively (B) Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* (the "Motion to Dismiss") is also complete. A chart setting forth the filed pleadings with respect to the Appeal and the Motion to Dismiss, as reflected on the Court's docket, is attached hereto **Exhibit A**.

Dated:  January 29, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ signature

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Counsel for the Debtors
Global Home Products LLC, et al.

# EXHIBIT A

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 11/09/06 | 23 | OPENING BRIEF in Support of Appeal filed by Regal Ware Inc. Answering Brief/Response due date per Local Rules is 11/30/2006. |
| 11/10/06 | 24 | EXHIBIT re **23** Opening Brief in Support - Supplement (Errata - Table of Contents, Authorities), by Regal Ware Inc. |
| 12/01/06 | 25 | Appellee's BRIEF by SEB S.A., Groupe SEB USA. Appellant Reply Brief due by 12/18/2006. |
| 12/01/06 | 26 | Compendium of Unreported Decisions re **25** Appellee's Brief by SEB S.A., Groupe SEB USA. |
| 12/01/06 | 27 | MOTION to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc. - filed by Global Home Products LLC. |
| 12/01/06 | 28 | JOINDER by Wachovia Bank, NA, joining in **25** Appellee's Brief, **27** *Motion to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* |
| 12/01/06 | 29 | JOINDER by Official Committee of Unsecured Creditors, joining in **27** *Motion to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* |
| 12/12/06 | 31 | JOINDER by SEB S.A., Groupe SEB USA, joining in **27** *Motion to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc.* |

| | | |
|---|---|---|
| | | *of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* |
| 12/13/06 | 32 | DECLARATION re **25** Appellee's Brief *of Scott K. Meyer* by SEB S.A., Groupe SEB USA. |
| 12/19/06 | 33 | BRIEF (Combined Answering and Reply) - *Reply Brief of Appellant Regal Ware, Inc. in Support of Its Appeal and Answering Brief* re **27** *Motion to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* Reply Brief due date per Local Rules is 1/2/2007. |
| 12/27/06 | 34 | REPLY to Response to Motion re **27** *Motion to Dismiss Based upon Dismiss Appeal Filed By Regal Ware Inc. of Order Approving Motion of the Debtors for an Order: (i) Approving Sale by the Wearever Debtors of Substantially all of the Wearever Debtors' Operating Assets Free And Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief; or, Alternatively, Answering Brief to Opening Brief of Appellant Regal Ware, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered) |

| | |
|---|---|
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-588 (JJF) |

### CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 29th day of January, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Debtors' Notice of Completion of Briefing**

_____
Bruce Grohsgal (Bar No. 3583)

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

31604-001\DOCS_DE:122526.3

GHP – Service List for 06-588 (JJF)
Case No. 06-10340 (KG)
Document No. 120548
08 – Hand Delivery
10 – First Class Mail
01 – Foreign First Class Mail

**Hand Delivery**
(Counsel to Regal Ware, Inc.)
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
(Counsel to SEB S.A. and SEB USA)
Gregg M. Galardi, Esq.
Matthew P. Ward, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

**Hand Delivery**
(United States Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Official Committee of Unsecured Creditors)
David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Lifetime Brands, Inc.)
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

**First Class Mail**
(Counsel to the Official Committee of Unsecured Creditors)
Sharon Levine, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

**First Class Mail**
(Debtors)
Mark Eichhorn
Interim Chief Executive Officer
Global Home Products, LLC
519 North Pierce Avenue
Lancaster, OH  43130

**First Class Mail**
(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esq.
Matthew J. Miller, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

**First Class Mail**
(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

**First Class Mail**
(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esq.
Sophie S. Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Cerberus, L.P.)
Daniel V. Oshinsky, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Lifetime Brands, Inc.)
Neil E. Herman, Esq.
Leonard Klingbaum, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
(Counsel to Regal Ware, Inc.)
Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, PA 19102

**First Class Mail**
(Counsel to Regal Ware, Inc.)
Daniel R. Johnson, Esq.
Ryan Kromholz & Manion, S.C.
3360 Gateway Road
Brookfield, WI 53045

**First Class Mail**
(Counsel to Citigroup)
Joseph H. Smolinsky, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**Foreign First Class Mail**
(Counsel to SEB S.A. and SEB USA)
N. Lynn Hiestand, Esq.
Christian Pilkington, Esq.
Neil Devaney, Esq.
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
40 Bank Street
Canary Wharf, London E14 5DS
ENGLAND