**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

GLOBAL HOME PRODUCTS, LLC, et al.,1

                       Debtors.

Chapter 11
Case No. 06-10340 (KG)
(Jointly Administered)

REGAL WARE, INC.,

                 Appellant,

      v.

GLOBAL HOME PRODUCTS LLC, et al.,

                Appellees.

Civil Action No. 06-588 (JJF)

**NOTICE OF CHANGE IN DESIGNATED ATTORNEY FOR SERVICE
AND NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

      PLEASE TAKE NOTICE that Steven K. Kortanek, Esq. is no longer associated with Klehr, Harrison, Harvey, Branzburg & Ellers, LLP and, accordingly, the Clerk should withdraw his listing as counsel of record on the CM/ECF System in this case

      PLEASE TAKE FURTHER NOTICE that the attorneys listed below hereby enter their appearance on behalf of Regal Ware, Inc. pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at

---

    1 The Debtors are the following entities:  Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

the addresses, facsimile number, or electronic mail addresses set forth below:

Christopher A. Ward, Esq.                     Morton R. Branzburg, Esq.
KLEHR, HARRISON, HARVEY,                      KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP                       BRANZBURG & ELLERS, LLP
919 Market Street, Suite 1000                 260 S. Broad St.
Wilmington, DE 19801                          Philadelphia, PA 19102
Telephone: (302) 426-1189                     Telephone: (215) 569-6060
Facsimile: (302) 426-9193                     Facsimile: (215) 568-6603
cward@klehr.com                               mbranzbur@klehr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

Rules specified above but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or

otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any

subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Regal

Ware, Inc.'s (i) right to have final orders in non-core matters entered only after de novo review by a

higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy

or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to

mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or

recoupments to which the Regal Ware, Inc. is or may be entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DEL1 65822-1

Dated:  March 2, 2007                   KLEHR, HARRISON, HARVEY,
       Wilmington, Delaware            BRANZBURG & ELLERS, LLP


By:     _/s/  Christopher A. Ward_____
      Christopher A. Ward (No. 3877)
      919 Market Street, Suite 1000
      Wilmington, DE 19801
      Telephone: (302) 426-1189
      Facsimile: (302) 426-9193
      cward@klehr.com

         - and -

      Morton R. Branzburg, Esq.
      KLEHR, HARRISON, HARVEY,
      BRANZBURG & ELLERS, LLP
      260 S. Broad St.
      Philadelphia, PA 19102
      Telephone: (215) 569-6060
      Facsimile: (215) 568-6603
      mbranzbur@klehr.com

      Attorneys for Regal Ware, Inc.

DEL1 65822-1