IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-588 (JJF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that, Steven K. Kortanek, Esq. of Womble Carlyle Sandridge & Rice, hereby withdraws his appearance as counsel of record for Regal Ware, Inc. in the above-captioned case. Therefore, please remove Steven K. Kortanek, Esq. from the service list in this case.

PLEASE TAKE FURTHER NOTICE that, Morton R. Branzburg, Esq. and Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby enter their appearances as counsel of record for Regal Ware, Inc. and request to be added to the service list in the above-captioned case.

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

Dated: March 9, 2007

| WOMBLE CARLYLE SANDRIDGE & RICE | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP |
|---|---|
| */s/ Steven K. Kortanek/* | */s/ Christopher A. Ward/* |
| Steven K. Kortanek (Del. Bar No.3106) | Morton R. Branzburg, Esq. |
| 222 Delaware Avenue, Suite 1500 | Christopher A. Ward (Del. Bar No.3877) |
| Wilmington, Delaware 19801 | 919 Market Street, Suite 1000 |
| Telephone: (302) 252-4320 | Wilmington, Delaware 19801 |
| Fax: (302) 252-4330 | Telephone: (302) 426-1189 |
| skortanek@wcsr.com | Fax: (302) 426-9193 |
| | mbranzbu@klehr.com |
| Withdrawing Attorney | cward@klehr.com |
| | Attorneys for Regal Ware, Inc. |

DEL1 65818-1