IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GLOBAL HOME PRODUCTS LLC, et al., | : | Case No. 06-10340-KG |
| | : | (Jointly Administered) |
| Debtors. | : | |

| | | |
|---|---|---|
| REGAL WARE, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-588-JJF |
| | : | |
| GLOBAL HOME PRODUCTS, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

## FINAL ORDER

At Wilmington, this 3/ day of May 2007, for the reasons set
forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.    The Debtors' Motion To Dismiss Appeal Filed By Regal
Ware Inc. Of Order Approving Motion Of The Debtors For An Order
(I) Approving Sale By The WearEver Debtors Of Substantially All
Of WearEver Debtors' Assets Free And Clear Of All Liens, Claims,
Encumbrances And Other Interests Pursuant To Sections 363(b),
(f), And (m) Of The Bankruptcy Code, (II) Assuming And Assigning
Certain Executory Contracts And Unexpired Leases, And (III)
Granting Related Relief (D.I. 27) is **GRANTED**.

2.    The above-captioned appeal is **DISMISSED** as moot.

May 3/, 2007
_____
Date

_____
UNITED STATES DISTRICT JUDGE